Judge Brian D. Lynch
Chapter 11

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Case No. 22-40997-BDL |
| STEPHEN ROBERT BROWN, | NOTICE OF APPEARANCE |
| Debtor. | |

TO: DEBTOR; and

TO: CLERK OF THE COURT

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Matthew J.P. Johnson, Attorney for the United States Trustee, hereby enters his appearance on behalf of the United States Trustee for Region 18.

Dated: August 12, 2022

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ *Matthew J.P. Johnson*
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

NOTICE OF APPEARANCE Page - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)