Law Office of Mark McClure, PS  
1103 West Meeker Street, #101  
Kent, WA 98032

The Honorable Brian D Lynch  
Chapter 11  
Ex Parte

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

    Stephen Robert Brown,

              Debtors.

CHAPTER 11 BANKRUPTCY  
Case No.: 22-40997-BDL

APPLICATION TO SET CLAIMS BAR DATE

The application of Debtor-in-Possession ("Debtor"), Stephen Robert Brown, by and through his attorneys of record, respectfully represent:

1) The Debtor seeks an Order establishing a claims bar date in this case as provided in BR 3003(c)(3).

2) The entry of this Order will enable the Debtor to properly schedule and classify claims for voting and distribution purposes.

3) The Debtor requests that the Court approve the "Notice Establishing Claims Bar Date and Notice of Filing Requirements" Debtor intends to send to creditors. The proposed Notice is attached hereto as Exhibit A to this motion.

Wherefore, Debtor respectfully prays for an Order setting the Claims Bar Date be September 23, 2022.

Dated this 12th of August, 2022

*/s/ Masafumi Iwama*  
Masafumi Iwama, WSBA #40821  
Attorney for Debtor

1

EX PARTE APPLICATION TO SET CLAIMS BAR DATE

Law Office of Mark McClure, PS  
1103 West Meeker Street, #101  
Kent, WA 98032  
Telephone: (253) 631-6484

Case 22-40997-BDL    Doc 6    Filed 08/12/22    Ent. 08/12/22 12:47:01    Pg. 1 of 1