United States Bankruptcy Court

Western District of Washington

In re:                                                        Case No. 22-40997-BDL

Stephen Robert Brown                                    Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-3                                User: admin                                   Page 1 of 2

Date Rcvd: Aug 12, 2022                          Form ID: 309E1                            Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Robert Brown, 245 Shorewood Court, Fox Island, WA 98333-9725 |
| aty | + | Masafumi Iwama, Iwama Law Firm, 333 5th Ave S, Kent, WA 98032-5763 |
| aty | + | Matthew J.P. Johnson, Office of the U.S. Trustee, 700 Stewart Street, Ste 5103, Seattle, WA 98101-4438 |
| smg | + | Attorney General's Office, Bankruptcy and Collections Unit, 800 5th Ave Ste 2000, Seattle, WA 98104-3188 |
| 957086371 | + | BROWN FAMILY DECEDENTS TRUST, ROBERT G. BROWN, TRUSTEE, 3702 85TH AVE NW, OLYMPIA, WA 98502-9642 |
| 957086375 | + | LAW OFFICE OF MARK MCCLURE, P.S., 1103 W MEEKER ST, STE 101, KENT, WA 98032-5714 |
| 957086376 | + | LISAH S. MOEGLING, 725 10TH AVE, FOX ISLAND, WA 98333-9644 |
| 957086377 | + | NEWMAN DU WORS LLP, NEWMAN DU WORS, 2101 4TH AVE STE 1500, SEATTLE, WA 98121-2336 |
| 957086379 | + | SOLANO COUNTY TREASURER, PO BOX 51094, LOS ANGELES, CA 90051-5394 |
| 957086381 | + | TIMOTHY E WILLIAMS, ATTORNEY AT LAW, 5302 PACIFIC AVE, TACOMA, WA 98408-7626 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mark@mcclurelawgroup.com | Aug 12 2022 22:39:00 | Mark Charles McClure, Law Office of Mark McClure PS, 1103 W Meeker St Ste 101, Kent, WA 98032 |
| smg | | EDI: IRS.COM | Aug 13 2022 02:43:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: LAROBankruptcy@SEC.gov | Aug 12 2022 22:39:00 | Securities and Exchange Commission, Bankruptcy Counsel, 444 South Flower St, Ste 900, Los Angeles, CA 90071-2934 |
| smg | | EDI: WADEPREV.COM | Aug 13 2022 02:43:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| ust | + | Email/Text: USTPREGION18.SE.ECF@USDOJ.GOV | Aug 12 2022 22:39:00 | United States Trustee, 700 Stewart St Ste 5103, Seattle, WA 98101-4438 |
| 957086370 | + | EDI: BANKAMER.COM | Aug 13 2022 02:43:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 957086372 | | EDI: CALTAXFEE | Aug 13 2022 02:43:00 | CALIFORNIA DEPARTMENT OF TAX AND FEE, ADMINISTRATION, SPECIAL OP BANKRUPTCY TEAM MIC: 74, P.O. BOX 942879, SACRAMENTO, CA 94279-0074 |
| 957086378 | + | Email/Text: arichar@co.pierce.wa.us | Aug 12 2022 22:39:00 | PIERCE COUNTY ASSESSOR-TREASURER, 2401 SOUTH 35TH ST ROOM 142, TACOMA, WA 98409-7498 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 957086373 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS INSOLVENCY, PO BOX 21126 BANKRUPTCY CORRESPONDENCE, PHILADELPHIA, PA 19114 |
| 957086374 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS SPECIAL PROCEDURES, 915 2ND AVE, SEATTLE, WA 98174 |
| 957086380 | *+ | STEPHEN ROBERT BROWN, 245 SHOREWOOD COURT, FOX ISLAND, WA 98333-9725 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Mark Charles McClure | on behalf of Debtor Stephen Robert Brown mark@mcclurelawgroup.com ivegotnotice@outlook.com;LawOfficeofMarkMcClurePS@jubileebk.net;maria@mcclurelawgroup.com;atty_iwama@bluestylus.com;kimberly@mcclurelawgroup.com;matt@mcclurelawgroup.com;ian@mcclurelawgroup.com |
| Masafumi Iwama | on behalf of Debtor Stephen Robert Brown matt@iwamalaw.com beth@iwamalaw.com;atty_iwama@bluestylus.com;reception@iwamalaw.com;iwamamr84234@notify.bestcase.com |
| Matthew J.P. Johnson | on behalf of US Trustee United States Trustee matthew.j.johnson@usdoj.gov Young-Mi.Petteys@usdoj.gov;Martha.A.VanDraanen@usdoj.gov |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Stephen Robert Brown<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2880<br>EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Western District of Washington | Date case filed for chapter:  11  8/11/22 | |
| Case number: | 22-40997-BDL | | |

Official Form 309E1 (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

08/21

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Stephen Robert Brown | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 245 Shorewood Court<br>Fox Island, WA 98333 | |
| 4. | **Debtor's attorney**<br>Name and address | Mark Charles McClure<br>Law Office of Mark McClure PS<br>1103 W Meeker St Ste 101<br>Kent, WA 98032 | Contact phone  253-631-6484<br><br>Email  mark@mcclurelawgroup.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1717 Pacific Avenue<br>Suite 2100<br>Tacoma, WA 98402 | Hours open:<br>8:30 am – 4:30 pm Monday – Friday<br><br>Contact phone  253-882-3900<br><br>Date: 8/12/22 |
| 6. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 20, 2022 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>**\*\*\* Valid photo identification and proof of social security number required \*\*\*** | Location:<br><br>Telephonic Creditors Meeting<br>Conference Line: 1-866-817-4564<br>Participant Code: 2679438 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| Debtor **Stephen Robert Brown** | | Case number **22–40997–BDL** |

| | | | |
|---|---|---|---|
| 7. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 11/21/22** |
| | | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| 11. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

Notice of Potential Dismissal

If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice.

Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for DeBN by filing local form DeBN Request Form with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email.

**UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON**

**NOTICE REGARDING DEADLINES TO OBJECT TO DISCHARGE OR TO CHALLENGE WHETHER CERTAIN DEBTS ARE DISCHARGEABLE**

The Notice of Chapter 11 Bankruptcy includes sections for deadlines and discharge of debts that may be confusing. To clarify,

1. If you believe that a particular debt owed to you should be excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6), you must file a complaint and pay the filing fee to the bankruptcy clerk's office by the date set in Box 7 of the Notice: "Filing deadline for dischargeability complaints: _____."

2. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141(d)(3), you must file a complaint and pay the filing fee to the bankruptcy clerk's office by the first date set for the hearing on confirmation of the plan. See Box 10 of the Notice.