United States Bankruptcy Court
Western District of Washington

In re:                                                    Case No. 22-40997-BDL

Stephen Robert Brown                                                      Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-3                              User: admin                                Page 1 of 1

Date Rcvd: Aug 12, 2022                    Form ID: ntcdefi                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephen Robert Brown, 245 Shorewood Court, Fox Island, WA 98333-9725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2022                          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Mark Charles McClure | on behalf of Debtor Stephen Robert Brown mark@mcclurelawgroup.com ivegotnotice@outlook.com;LawOfficeofMarkMcClurePS@jubileebk.net;maria@mcclurelawgroup.com;atty_iwama@bluestylus.com;kimberly@mcclurelawgroup.com;matt@mcclurelawgroup.com;ian@mcclurelawgroup.com |
| Matthew J.P. Johnson | on behalf of US Trustee United States Trustee matthew.j.johnson@usdoj.gov Young-Mi.Petteys@usdoj.gov;Martha.A.VanDraanen@usdoj.gov |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

---

In Re:    Stephen Robert Brown                                     Case No.: 22−40997−BDL
          Debtor(s).                                               Chapter: 11

---

## NOTICE OF DEFICIENT FILING

## FOR INDIVIDUAL DEBTORS

**NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, filed on **August 11, 2022**, contains one or more filing deficiencies which must be corrected. **Failure to cure the deficiencies on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.

**REQUIREMENTS UNDER THIS SECTION ARE DUE BY:**

All requirements under this section have been met. Please review the section below for deficiency items due by the deadline provided.

**REQUIREMENTS UNDER THIS SECTION ARE DUE BY:**          **August 26, 2022**

Summary of Your Assets and Liabilities and Certain Statistical Information − Individual
Schedules A/B thru J
Statement of Financial Affairs
List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
Chapter 11 Statement of Your Current Monthly Income

**CREDIT COUNSELING REQUIREMENT:**

This requirement has been satisfied

**PAYMENT OF FEES:**

Visit the court's website at www.wawb.uscourts.gov to pay filing fees online or mail a cashier's check or money order, made payable to the U.S. Bankruptcy Court, to the address provided above. Personal checks and bill pay checks tendered for payment of filing fees will not be accepted from Debtors.

DATED: **August 12, 2022**

Mark L. Hatcher
Clerk of the Bankruptcy Court