**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephen** | **Robert** | **Brown** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DIST. OF WASHINGTON**

Case number (if known)  **22-40997 BDL**

☐ Check if this is an amended filing

Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**  **Lisah S. Moegling**
Creditor's name
**725 10th Ave**
Number   Street

**Fox Island**   **WA**   **98333**
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Civil suit**   **$2,480,000.00**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes.   Total claim (secured and unsecured): _____
Value of security   – _____
Unsecured claim: _____

**2**  **Newman Du Wors LLP**
Creditor's name
**Newman Du Wors**
Number   Street
**2101 4th Ave Ste 1500**

**Seattle**   **WA**   **98121**
City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim?   **Creditor**   **$181,000.00**

As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes.   Total claim (secured and unsecured): _____
Value of security   – _____
Unsecured claim: _____

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephen Robert Brown** | Case number (if known) | **22-40997 BDL** |

|   |   |   |   | Unsecured claim |
|---|---|---|---|---|
| **3** | **Bank of America** <br> Creditor's name <br> **Attn: Bankruptcy** <br> Number  Street <br> **4909 Savarese Circle** <br><br> **Tampa**  **FL**  **33634** <br> City  State  ZIP Code <br><br> Contact <br><br> Contact phone | What is the nature of the claim?  **Credit Card** <br> As of the date you file, the claim is:  Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☑ No <br> ☐ Yes.  Total claim (secured and unsecured): _____ <br>      Value of security  – _____ <br>      Unsecured claim: _____ | | **$1,948.00** |
| **4** | **Bank of America** <br> Creditor's name <br> **Attn: Bankruptcy** <br> Number  Street <br> **4909 Savarese Circle** <br><br> **Tampa**  **FL**  **33634** <br> City  State  ZIP Code <br><br> Contact <br><br> Contact phone | What is the nature of the claim?  **Credit Card** <br> As of the date you file, the claim is:  Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br> **Does the creditor have a lien on your property?** <br> ☑ No <br> ☐ Yes.  Total claim (secured and unsecured): _____ <br>      Value of security  – _____ <br>      Unsecured claim: _____ | | **$788.00** |

### Part 2:  Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  */s/ Stephen R Brown* (DocuSigned by: 75E0C7323646435...)           X  _____
Stephen Robert Brown, Debtor 1                                          Signature of Debtor 2

Date  **8/18/2022**                                                     Date  _____
      MM / DD / YYYY                                                          MM / DD / YYYY