Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032

The Honorable Brian D Lynch
Chapter 11
Ex Parte

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

Stephen Robert Brown,

Debtors.

CHAPTER 11 BANKRUPTCY
Case No.: 22-40997-BDL

APPLICATION TO SET CLAIMS BAR DATE

The application of Debtor-in-Possession ("Debtor"), Stephen Robert Brown, by and through his attorneys of record, respectfully represent:

1) The Debtor filed the balance of scheduled on August 18, 2022.

2) The Debtor seeks an Order establishing a claims bar date in this case as provided in BR 3003(c)(3).

3) The entry of this Order will enable the Debtor to properly schedule and classify claims for voting and distribution purposes.

4) The Debtor requests that the Court approve the "Notice Establishing Claims Bar Date and Notice of Filing Requirements" Debtor intends to send to creditors. The proposed Notice is attached hereto as Exhibit A to this motion.

Wherefore, Debtor respectfully prays for an Order setting the Claims Bar Date be September 30, 2022

Dated this 18th of August, 2022

*/s/ Masafumi Iwama*
Masafumi Iwama, WSBA #40821
Attorney for Debtor

1

EX PARTE APPLICATION TO SET CLAIMS BAR DATE

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

Case 22-40997-BDL    Doc 16    Filed 08/18/22    Ent. 08/18/22 18:40:05    Pg. 1 of 2

# Exhibit A

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032

The Honorable Brian D Lynch
Chapter 11

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON FOR TACOMA

| | |
|---|---|
| In re:<br><br>Stephen Robert Brown,<br>                Debtor. | CHAPTER 11 BANKRUPTCY<br>Case No.: 22-40997-BDL<br><br>NOTICE ESTABLISHING CLAIMS BAR DATE AND NOTICE OF FILING REQUIRMENTS |

## NOTICE

PLEASE TAKE NOTICE THAT an Order Establishing Claims Bar Date and Notice of Filing Requirements was entered by the Court on August _____, 2022. (See attached Order Doc. _____)

1) Any creditor or equity security holder whose claim or interest is not scheduled, or scheduled as disputed, contingent, or unliquidated, shall file a proof of claim or interest no later than September 30, 2022 online at http://www.wawb.uscourts.gov/eclaims.htm. Alternatively, proofs of claim may be filed with the Clerk of the United States Bankruptcy Court, Union Station 1717 Pacific Avenue, Ste 2100 Tacoma, WA 98402-3233.

2) A proof of claim or interest filed in this case shall supersede any scheduling of that claim by the Debtor in its original or amended schedules.

Dated this _____ of August, 2022

*/s/ Masafumi Iwama*
Masafumi Iwama, WSBA #40821
Attorney for Debtor

NOTICE OF ESTABLISHING CLAIMS BAR DATE AND NOTICE OF FILING REQUIREMENTS

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

Case 22-40997-BDL    Doc 16    Filed 08/18/22    Ent. 08/18/22 18:40:05    Pg. 2 of 2