UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

Stephen Robert Brown,

Debtor.

Case No.: 22-40997-BDL

ORDER ESTABLISHING CLAIMS BAR DATE AND NOTICE OF FILING REQUIREMENTS

On the Debtor's Application, for good cause appearing, it is ORDERED AND NOTICE IS HEREBY GIVEN:

1) Any creditor or equity security holder whose claim or interest is not scheduled, or scheduled as disputed, contingent, or unliquidated, shall file a proof of claim or interest no later than September 30, 2022 online at http://www.wawb.uscourts.gov/eclaims.htm. Alternatively, proofs of claim may be filed with the Clerk of the United States Bankruptcy Court, Union Station 1717 Pacific Avenue, Ste 2100 Tacoma, WA 98402-3233.

2) A proof of claim or interest filed in this case shall supersede any scheduling of that claim by the Debtor in its original or amended schedules.

3) The Debtor shall provide notice of the claim filing deadline set forth in this Order by mail no later than five days from the entry of this Order.

1

**ORDER ESTABLISHING CLAIMS BAR DATE AND NOTICE OF FILING REQUIREMENTS**

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

Case 22-40997-BDL    Doc 17    Filed 08/18/22    Ent. 08/18/22 19:02:02    Pg. 1 of 3

4) The proposed Notice which is attached to this Order as Exhibit A is approved.

/// End of Order///

Presented by:

*/s/ Masafumi Iwama*
Masafumi Iwama, WSBA #40821
Iwama Law Firm
Attorney for Debtor

2

**ORDER ESTABLISHING CLAIMS BAR
DATE AND NOTICE OF FILING
REQUIREMENTS**

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

# Exhibit A

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032

The Honorable Brian D Lynch
Chapter 11

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON FOR TACOMA

In re:

    Stephen Robert Brown,

              Debtor.

CHAPTER 11 BANKRUPTCY
Case No.: 22-40997-BDL

NOTICE ESTABLISHING CLAIMS BAR DATE AND NOTICE OF FILING REQUIRMENTS

## NOTICE

PLEASE TAKE NOTICE THAT an Order Establishing Claims Bar Date and Notice of Filing Requirements was entered by the Court on August _____, 2022. (See attached Order Doc. _____)

1) Any creditor or equity security holder whose claim or interest is not scheduled, or scheduled as disputed, contingent, or unliquidated, shall file a proof of claim or interest no later than September 30, 2022 online at http://www.wawb.uscourts.gov/eclaims.htm. Alternatively, proofs of claim may be filed with the Clerk of the United States Bankruptcy Court, Union Station 1717 Pacific Avenue, Ste 2100 Tacoma, WA 98402-3233.

2) A proof of claim or interest filed in this case shall supersede any scheduling of that claim by the Debtor in its original or amended schedules.

Dated this _____ of August, 2022

*/s/ Masafumi Iwama*
Masafumi Iwama, WSBA #40821
Attorney for Debtor

NOTICE OF ESTABLISHING CLAIMS BAR DATE AND NOTICE OF FILING REQUIREMENTS

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

Case 22-40997-BDL    Doc 17    Filed 08/18/22    Ent. 08/18/22 19:02:02    Pg. 3 of 3