Barry W. Davidson
DAVIDSON BACKMAN MEDEIROS PLLC
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, Washington 99201
(509) 624-4600

Attorney for Lisah S. Moegling

The Honorable Brian D. Lynch
Chapter 11

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: **STEPHEN ROBERT BROWN**, Debtor. | Case No. **22-40997-BDL** **NOTICE OF APPEARANCE** |

To: Mr. Masafumi Iwama of Iwama Law Firm, attorney for Debtor;
And To: Mr. Mark McClure of Law Office of Mark McClure, P.S. attorney for Debtor;
And To: The Clerk of the Court;

YOU ARE HEREBY NOTIFIED that Barry W. Davidson and Davidson Backman Medeiros PLLC appear in the above-captioned matter on behalf of creditor Lisah S. Moegling, and request that all future papers, pleadings, and documents herein, except original service of process, be served upon the undersigned.

DATED this 25th day of August 2022.

DAVIDSON BACKMAN MEDEIROS PLLC

*/s/ Barry W. Davidson*
Barry W. Davidson, WSBA No. 07908
*Attorney to Lisah S. Moegling, Creditor*
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, Washington 99201
(509) 624-4600

Page 1
Notice Of Appearance
Moegling\Pleadings.cn

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

Case 22-40997-BDL    Doc 20    Filed 08/25/22    Ent. 08/25/22 13:59:23    Pg. 1 of 1