DocuSign Envelope ID: 697787D6-113A-418F-A970-66DBE0F33673

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Stephen** <br> First Name | **Robert** <br> Middle Name | **Brown** <br> Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DIST. OF WASHINGTON**

Case number (if known): **22-40997 BDL**

☒ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

**1.1.**

**245 Shorewood Court**
Street address, if available, or other description

**Fox Island**      **WA**  **98333**
City                State   ZIP Code

**Pierce**
County

245 Shorewood Court, Fox Island, WA 98333
Windermere CMA as of 8/12/2022: $875,000 - $925,000; previous CMA as of 8/8/2022 indicated a value of $925,000 to $1,050,000. Market in flux.

**What is the property?** Check all that apply.

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **$1,000,000.00**

**Current value of the portion you own?**   **$1,000,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................➔   **$1,000,000.00**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

**3.1.**
Make: **Toyota**
Model: **Sienna**
Year: **2005**
Approximate mileage: **175,000**
Other information:
**2005 Toyota Sienna (approx. 175,000 miles)**
**Conditiion - Fair**

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$1,500.00**
Current value of the portion you own? **$1,500.00**

**3.2.**
Make: **Kawasaki**
Model: **KLR 650**
Year: **2014**
Approximate mileage: **5,000**
Other information:
**2014 Kawasaki KLR 650 (approx. 5,000 miles)**

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$4,500.00**
Current value of the portion you own? **$4,500.00**

**3.3.**
Make: **Suzuki**
Model: **DL 1000**
Year: **2014**
Approximate mileage: **47,000**
Other information:
**2014 Suzuki DL 1000 (approx. 47,000 miles)**

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$7,000.00**
Current value of the portion you own? **$7,000.00**

**3.4.**
Make: **Dodge**
Model: **Ram 3500 Lb Bd Cre**
Year: **2018**
Approximate mileage: **69,000**
Other information:
**2018 Dodge Ram 3500 Lb Bd Crew Cab (approx. 69,000 miles);**

**Dented between fair to good**

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$50,000.00**
Current value of the portion you own? **$50,000.00**

Official Form 106A/B   Schedule A/B: Property   page 2
Case 22-40997-BDL   Doc 23   Filed 09/13/22   Ent. 09/13/22 16:18:08   Pg. 2 of 14

DocuSign Envelope ID: 697787D6-113A-418F-A970-66DBE0F33673

Debtor 1     **Stephen Robert Brown**                                    Case number (if known)   **22-40997 BDL**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☒ Yes

| 4.1. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Spectrum Aircraft** | ☒ Debtor 1 only | | |
| Model: | **550 Beaver (Exp)** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **1987** | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | $500.00 | $500.00 |
| **1987 Spectrum Aircraft 550 Beaver (Exp)** | | | | |
| **Parts only. Not flyable** | | ☐ **Check if this is community property** (see instructions) | | |

| 4.2. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Jensenm** | ☒ Debtor 1 only | | |
| Model: | **Auxiliary Sail** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **1969** | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | $12,000.00 | $12,000.00 |
| **1969 Jensen Auxiliary Sail; engine needing rebuild** | | ☐ **Check if this is community property** (see instructions) | | |

| 4.3. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Kawasaki** | ☒ Debtor 1 only | | |
| Model: | **KLR 250** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2000** | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | $1,500.00 | $1,500.00 |
| **2000 Kawk Kl250D17** | | ☐ **Check if this is community property** (see instructions) | | |

| 4.4. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **KTM** | ☒ Debtor 1 only | | |
| Model: | **300 EXC** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2001** | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | $1,500.00 | $1,500.00 |
| **2001 Ktm Off Road Vehicle** | | ☐ **Check if this is community property** (see instructions) | | |

| 4.5. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Ski Doo** | ☒ Debtor 1 only | | |
| Model: | **Sumit Ex** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2006** | ☐ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | $2,500.00 | $2,500.00 |
| **2006 Ski Doo Sumit Ex** | | ☐ **Check if this is community property** (see instructions) | | |

| Debtor 1 | Stephen Robert Brown | Case number (if known) | 22-40997 BDL |
|---|---|---|---|

**4.6.**
Make: **Cotc**
Model: **Utility Trailer**
Year: **2009**
Other information:
**2009 Cotc Utility Trailer**

Who has an interest in the property? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$800.00**
Current value of the portion you own? **$800.00**

**4.7.**
Make: **Artic Fox**
Model: **Northwind 811**
Year: **2013**
Other information:
**2013 Artic Fox Northwind 811 Camper**

Who has an interest in the property? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$15,000.00**
Current value of the portion you own? **$15,000.00**

**4.8.**
Make: **Interstate**
Model: **Cargo Trailer**
Year: **2021**
Other information:
**2021 Interstate Cargo Trailer:**
**Vin #: 4RALS1626MK075332 ;**
**Make: INTR**
**model: ILRD716TA2**
**COLOR: Black**
**Value: $5,500**
**floors and sides show significant wear**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? **$5,500.00**
Current value of the portion you own? **$5,500.00**

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................. ➔  **$102,300.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe..... **See continuation page(s).**   **$3,500.00**

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe..... **Home Electronics**   **$500.00**

DocuSign Envelope ID: 697787D6-113A-418F-A970-66DBE0F33673

| Debtor 1 | Stephen Robert Brown | Case number (if known) | 22-40997 BDL |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   
   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    
    ☐ No
    ☑ Yes. Describe..... **Firearms - liquidation value**  $350.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    
    ☐ No
    ☑ Yes. Describe..... **Clothing**  $200.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    
    ☑ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    
    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    
    ☑ No
    ☐ Yes. Give specific information.............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here..........** →  **$4,550.00**

## Part 4:  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    
    ☐ No
    ☑ Yes.................................................................................................................... Cash: ...................  **$100.00**

| Debtor 1 | **Stephen Robert Brown** | | Case number (if known) | **22-40997 BDL** |
|---|---|---|---|---|

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................ Institution name:

| | | | |
|---|---|---|---:|
| 17.1. | Checking account: | **Checking account: USAA 7197 as of 8/11/2022** | **$258,217.58** |
| 17.2. | Checking account: | **Checking account Harborstone CU 9600 - closed on 8/12/2022** | **$0.00** |
| 17.3. | Savings account: | **Savings account: Harborstone 6055 as of 8/11/2022** | **$2,411.48** |
| 17.4. | Savings account: | **Savings account: Harborstone CU 0958 - closed on 8/12/2022** | **$2,511.48** |
| 17.5. | Other financial account: | **Other financial account: VENMO as of 8/8/2022** | **$100.00** |
| 17.6. | Other financial account: | **Other financial account: EFS - Fuel Card** | **$200.00** |
| 17.7. | Other financial account: | **Other financial account: IOLTA Account - Law Office of Mark McClure, PS - Loan proceeds re DOT/Note against residence.** | |
| | | **From Debtor's farther::** "In 1994 we established our Brown Family ABC Trust placing different items into it, including our Schwab and Wells Fargo brokerage accounts. | |
| | | **In 2015 we created the Brown Family Limited Partnership and moved the Schwab brokerage account from the Family Trust into the Family Partnership.** | |
| | | **In 2022 Steve's Mom passed away and the Wells Fargo brokerage account was split into the Brown Family "A" Trust and the Brown Family Decedents irrevocable "B" Trust.** | |
| | | **Steve's loan came from the "B" Trust."** | **$494,641.70** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them........................ Name of entity: % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them........................ Issuer name:

DocuSign Envelope ID: 697787D6-113A-418F-A970-66DBE0F33673

Debtor 1    **Stephen Robert Brown**                               Case number (if known)  **22-40997 BDL**

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.    Type of account:    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.............................    Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.............................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☑ Yes. Give specific information about them    **See continuation page(s).**                                                   **Unknown**

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them

**Money or property owed to you?**                                                                          **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____
State: _____
Local: _____

| Debtor 1 | **Stephen Robert Brown** | Case number (if known) | **22-40997 BDL** |
|---|---|---|---|

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information _____ _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value..............

Company name: | Beneficiary: | Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information _____ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........ _____ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Describe each claim........  **See continuation page(s).**    **Unknown**

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information _____ _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.**............................................................... →   **$1,116,182.24**

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

- ☑ No
- ☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

- ☑ No
- ☐ Yes. Describe..

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

- ☑ No
- ☐ Yes. Describe..

**41. Inventory**

- ☑ No
- ☐ Yes. Describe..

**42. Interests in partnerships or joint ventures**

- ☑ No
- ☐ Yes. Describe..... Name of entity:                              % of ownership:

**43. Customer lists, mailing lists, or other compilations**

- ☑ No
- ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
    - ☐ No
    - ☐ Yes. Describe....

**44. Any business-related property you did not already list**

- ☑ No
- ☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here...................................................................................➔    **$0.00**

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

---

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

DocuSign Envelope ID: 697787D6-113A-418F-A970-66DBE0F33673

| Debtor 1 | **Stephen Robert Brown** | Case number (if known) | **22-40997 BDL** |
|---|---|---|---|

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.......................................................** ➔ **$0.00**

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54. Add the dollar value of all of your entries from Part 7. Write that number here............................................** ➔ **$0.00**

DocuSign Envelope ID: 697787D6-113A-418F-A970-66DBE0F33673

| Debtor 1 | **Stephen Robert Brown** | Case number (if known) | **22-40997 BDL** |
|---|---|---|---|

### Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 .............................................................................................. ➔ | | **$1,000,000.00** |
| 56. | Part 2: Total vehicles, line 5 | $102,300.00 | |
| 57. | Part 3: Total personal and household items, line 15 | $4,550.00 | |
| 58. | Part 4: Total financial assets, line 36 | $1,116,182.24 | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61 ................... | **$1,223,032.24** Copy personal property total ➔ + | **$1,223,032.24** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 ................................................................... | | **$2,223,032.24** |

DocuSign Envelope ID: 697787D6-113A-418F-A970-66DBE0F33673

| | | |
|---|---|---|
| Debtor 1 **Stephen Robert Brown** | Case number (if known) | **22-40997 BDL** |

6. **Household goods and furnishings (details):**

   **House Furnishings**      **$500.00**

   **In Garages - tools / equip / bicycles, etc**      **$3,000.00**

25. **Trusts, equitable or future interests in property (details):**

   **ROBERT & IRENE BROWN IRREVOCABLE TRUST**      **$0.00**
   **Trustor: Robert Brown (debtor's father)**
   **Trustees: Siblings: Nancy Pitman, Charles Brown, Michael Brown and Patrick Brown**
   **Distribution Authority: Article 4**
   **Spendthrift Provision Para 8.7**

   **Debtor is of the understanding that the Trust is the limited partner of the Robert & Irene Brown Limited Partnership of which his father, Robert, is the General Partner.**

   **Steve Brown Family Trust dtd 2/23/2017**      **$18,000.00**
   **Holds Anderson Island property interest (1/5th) co tentants are siblings: Nancy Pitman, Charles Brown, Michael Brown and Patrick Brown**

   **Pierce County Parcels: 0120314027; 0120314700: CMA = $85k - $100k - "open space and not buildable land, the value is much less than the other properties that are buildable."**

   **Brown Family Decedents ABC Trust dtd 1/14/1994**      **Unknown**
   **Debtor's father, Robert Brown, is Trustee.**

   **From Abstract: "Upon the death of either Trustor, the Trust property becomes allocated into three (3) trusts designated as Trust A (the Survivor's Trust), Trust B (the Decedent's Trust), and Trust C (the Qualified Terminable Interest Trust). At that time Trusts B and C become irrevocable. "**

   **Debtor's mother died 3/18/2022 where upon Trust B became funded. Trustee is debtor's father, Robert Brown. Descretion and spendthrift provisions included in the trust.**

   **"STEPHEN R. BROWN and KATRINA A. BROWN REVOCABLE LIVING TRUST"**      **$340,000.00**

   **Title to a condo located at 637 Beelard Dr, Vacaville, CA 95687 is vested in the Trust.**

   **Katrinia quit claimed her interst to Debtor as a part of a Divorce action but it looks as if the transfer may have been defective.**

   **Debtor is unable to locate a copy of the trust; however his intention is to clear title and sell the property for the benefit of the bankruptcy estate.**

   **Used as a Rental**

   **Estimated Value from Realtor as of 8/16/2022: $339k to 345k because of declining market value may differ at actual sale.**

DocuSign Envelope ID: 697787D6-113A-418F-A970-66DBE0F33673

| Debtor 1 | **Stephen Robert Brown** | Case number (if known) | **22-40997 BDL** |

**34. Other contingent and unliquidated claims of every nature (details):**

| | |
|---|---|
| **Potential Malpractice Claim related to Pierce County Case No. 20-2-06886-7 against John Du Wors and Newman Du Wors LLP. Not yet evaluated.** | **Unknown** |
| **Potential Bad Faith Insurance claim - USSA Claim number 001457977-437 - not yet evaluated.** | **Unknown** |
| **Potential Malpractice claim against Samuel Ramirez and Ramirez and Cooper re denial of insurance coverage: USSA Claim number 001457927-437. Not yet evaluated.** | **Unknown** |

DocuSign Envelope ID: 697787D6-113A-418F-A970-66DBE0F33673

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Stephen** <br> First Name | **Robert** <br> Middle Name | **Brown** <br> Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DIST. OF WASHINGTON** | | |
| Case number <br> (if known) | **22-40997 BDL** | | |

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X *Stephen Robert Brown* (DocuSigned by: 75F0C7323646435...)  
Stephen Robert Brown, Debtor 1

X _____  
Signature of Debtor 2

Date 9/13/2022  
MM / DD / YYYY

Date _____  
MM / DD / YYYY

Official Form 106Dec     Declaration About an Individual Debtor's Schedules     page 1