DocuSign Envelope ID: 697787D6-113A-418F-A970-66DBE0F33673

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032

The Honorable Brian D Lynch
Chapter 11
Ex Parte

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
WASHINGTON AT TACOMA

In re:

    Stephen Robert Brown,

            Debtor.

Case No.: 22-40997-BDL

*EX PARTE*

**APPLICATION FOR ORDER
AUTHORIZING EMPLOYMENT OF
ATTORNEY**

Stephen Robert Brown, the Debtor, in this Chapter 11 case ("Debtor"), apply to the Court

for an order approving the employment of Mark McClure, Masafumi Iwama and Law Office of

Mark McClure, PS as Chapter 11 counsel for Debtor. Debtor makes this application under

Section 327 of the United States Bankruptcy Code (the "Code"), and Fed. R. Bankr. P. 2014. In

support of the application, Debtor states as follows:

1. On August 11, 2022, Debtor filed a voluntary petition for relief under Chapter 11of the

Bankruptcy Code.

2. Debtor retained Mark McClure and Masafumi Iwama ("Attorneys") and Law Office of

Mark McClure, PS ("Firm") on July 28, 2022 to review his options as a debtor and

prebankruptcy planning.  Subsequently Debtor entered into a retainer agreement for a chapter 11

on August 11, 2022.  Debtor now wishes to employ Attorneys and Firm, effective as of the date

of filing, August 11, 2022 to advise them regarding this Chapter 11 case. Debtor has been

*EX PARTE*
**APPLICATION FOR ORDER**
**AUTHORIZING EMPLOYMENT OF**
**ATTORNEY**

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

1

Case 22-40997-BDL   Doc 25   Filed 09/15/22   Ent. 09/15/22 08:27:57   Pg. 1 of 4

1   informed that Attorneys, the primary attorneys involved in this case, are admitted to practice

2   before this Court and have read the Local Bankruptcy Rule 2016

3       3. The services to be performed by Attorneys are necessary in order for Debtor to

4
    perform his duties as Debtor. Subject to the control of, and further order of the Court, Attorneys
5

6   will render the following services to Debtor:

7       a. To take all actions necessary to protect and preserve Debtor's bankruptcy estate,

8
        including the prosecution of actions on Debtor's behalf.  To undertake, in conjunction as
9

10       appropriate with special litigation counsel, the defense of any action commenced against

11       Debtor negotiations concerning litigation in which Debtor may be involved, objections to

12       claims filed against Debtor in this bankruptcy case, and the compromise or settlement of

13
        claims.
14

15      b. To prepare the necessary applications, motions, memoranda, responses, complaints,

16      answers, orders, notices, reports and other papers required from Debtor as debtor-in-

17
        possession in connection with administration of this case.
18

19      c. To negotiate with creditors concerning a Chapter 11 plan, to prepare a Chapter 11 plan

20       and disclosure statement and related documents, and to take the steps necessary to

21       confirm and implement the proposed plan of liquidation.
22

23      d. To provide such other legal advice or services as may be required in connection with

24       the Chapter 11 case.

25      4. Debtor has selected Attorneys for the following reasons:

26
        a. Attorneys have experience and expertise in the field of debtors' and creditors' rights,
27

28   insolvency law and bankruptcy.

29

30
*EX PARTE*
**APPLICATION FOR ORDER**
**AUTHORIZING EMPLOYMENT OF**
**ATTORNEY**

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

2

b. Attorneys have the resources necessary for the quick and efficient prosecution of this case.

c. Debtor has confidence in Attorneys and believe that Attorneys are well qualified to represent them in this Chapter 11 case.

5. In accordance with the signed Engagement letter attached and available for review, Debtor has agreed to compensate Attorneys and Firm on the basis of its ordinary hourly rates, with additional reasonable fees to be paid on the basis of criteria set forth in the Washington Rules of Professional Conduct, including time spent, skill needed to perform legal services properly, preclusion of other employment, fees customarily charged, the amount involved and the results obtained, and the experience, reputation and ability of counsel.

6. Attorneys have been paid during the one-year period prior to filing of this case, the attorney's fees of $4,881.00 related to pre-petition chapter 11 preparation, and $4,402.30 related to services provided in assisting debtor with loan paperwork securing liquidity for the benefit of the estate. Currently the Firm holds $494,641.70 in the client trust account.

7. To the best of the Debtor's knowledge, Attorneys do not have any connection with Debtor, his creditors, any party in interest, or their respective attorneys or accountants.

**WHEREFORE**, for the reasons stated in this application, Debtor requests that the Court enter an order authorizing them to employ Attorneys and Firm to represent Debtor in this Chapter 11 case effective as of August 11, 2022.

Dated this 2nd Day of September 2022

*/s/ Mark C. McClure*
Mark C. McClure, WSBA #24393
Attorney for Debtor

*EX PARTE*
APPLICATION FOR ORDER
AUTHORIZING EMPLOYMENT OF
ATTORNEY

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

3

Case 22-40997-BDL    Doc 25    Filed 09/15/22    Ent. 09/15/22 08:27:57    Pg. 3 of 4

DocuSign Envelope ID: 697787D6-113A-418F-A970-66DBE0F33673

9/13/2022

Approved by:

DocuSigned by:

*Stephen Robert Brown*

75F0C7323646435...

Stephen Robert Brown, Debtor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30

*EX PARTE*
**APPLICATION FOR ORDER**
**AUTHORIZING EMPLOYMENT OF**
**ATTORNEY**

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

4