UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>Stephen Robert Brown,<br><br><br>Debtor. | Case No. 22-40997-BDL<br><br>**CERTIFICATE OF SERVICE** |

    I, Masafumi Iwama, hereby certify, under penalty of perjury under the laws of the State of Washington, that to the best of my knowledge that true and correct copies of the following documents were e-mailed to the US Trustee, at Matthew.J.Johnson@usdoj.gov more than a week ago.

1. Ex Parte Application for Order authorizing Employment of Attorney Brian J. Waid;
2. Declaration of No Adverse Interest of Brain J. Waid with supporting Fee Agreement / Engagement Letter in compliance with LBR 2014-1(a)
3. Ex Parte Order Authorizing Employment of Attorney Brian J. Waid.

    On September 19, 2022 undersigned received approval for filing same from Matthew J Johnson of the US Trustee's office.

Dated: September 19, 2019.

                                                     */s/* Masafumi Iwama
                                                         Masafumi Iwama, 40821

**CERTIFICATE OF SERVICE**
**UNDERBANKRUPTCY RULE 2014**

Law Office of Mark McClure
1103 West Meeker St., Ste 101
Kent, WA 98032
253-631-6484