IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

Stephen Robert Brown,

Debtor.

Case No: 22-40997-BDL

EX PARTE ORDER AUTHORIZING APPOINTMENT OF SPECIAL COUNSEL

THIS MATTER came on regularly before the undersigned judge of the above entitled court. The court having considered the records and files herein and deeming itself fully advised in the premises, this court finds as follows:

1. Brian J. Waid is an attorney licensed to practice and in good standing in the State of Washington and before this court; and that,

2. Brian J. Waid does not hold or represent any interest adverse to the bankruptcy estate; and that,

3. Brian J. Waid is a disinterested person; and that,

4. Brian J. Waid is competent to represent the debtor and the bankruptcy estate; and that,

NOW THEREFORE:

ORDER TO APPOINT-- 1

z:\legal ii\2022\bankruptcy\brown, steve robert\motions\motions to appoint\waid 1\application to appoint.docx

**Law Office of Mark McClure, P.S.**
1103 West Meeker Street, Ste 101
Kent, WA 98032
(253) 631-6484

Case 22-40997-BDL    Doc 30    Filed 09/19/22    Ent. 09/19/22 16:31:03    Pg. 1 of 2

the court hereby ORDERS that Brian J. Waid's application to employ pursuant to 11 U.S.C. 327(e) as special counsel, is GRANTED; and further that, Brian J. Waid may deposit settlement proceeds, litigation proceeds into his IOLTA/trust account or undersigned's IOLTA/trust; in the event that the proceeds exceed $250,000, the deposit shall be made to an IOLTA/trust account that is on the UST approved depositor list. Said deposits are property of the estate, to be held pending an order from this court allowing payment of costs, compensation for Mr. Waid, or distribution to creditors.

## END OF ORDER ##

Presented by:
*/s/ Mark C. McClure*
Mark C. McClure, WSBA 24393
Attorney for Debtor

ORDER TO APPOINT-- 2

z:\legal ii\2022\bankruptcy\brown, steve robert\motions\motions to appoint\waid 1\application to appoint.docx

**Law Office of Mark McClure, P.S.**
1103 West Meeker Street, Ste 101
Kent, WA 98032
(253) 631-6484

Case 22-40997-BDL    Doc 30    Filed 09/19/22    Ent. 09/19/22 16:31:03    Pg. 2 of 2