Entered on Docket September 21, 2022

**Submitted But Not Entered.**



_____
**Brian D. Lynch
U.S. Bankruptcy Judge**

**The order is lodged because counsel has withdrawn the order at Docket 31**

_____

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

Stephen Robert Brown,

Debtor..

Case No.: 22-40997-BDL

**EX PARTE ORDER AUTHORIZING THE EMPLOYMENT OF ATTORNEY**

This matter, having come on for hearing *ex parte* before the Court upon the Debtors' application to employ Mark McClure, Masafumi Iwama and Law Office of Mark McClure, as Attorneys for Debtors for the above-captioned bankruptcy case, and it appearing that no notice of hearing is required and that no adverse interests are apparent, that such employment is necessary and would be in the best interest of the estate, it is hereby

//

//

//

//

//

**EX PARTE ORDER AUTHORIZING THE EMPLOYMENT OF ATTORNEY**

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

1


Case 22-40997-BDL    Doc 33    Filed 09/21/22    Ent. 09/21/22 11:28:29    Pg. 1 of 2

ORDERED that Debtor is authorized to employ Mark McClure, Masafumi Iwama, and Law Office of Mark McClure, P.S., effective as of the date of filing, August 11, 2022 to advise them regarding this Chapter 11 case, pursuant to 11 U.S.C. §§ 330 and 327(a) on the terms and conditions more fully set forth in the Debtors' ex parte application, with all compensation subject to Court approval after notice and a hearing, payable as an administrative expense.

/// End of Order///

Presented by:

 /s/ *Mark C. McClure*
Mark C. McClure, WSBA #24393
Attorney for Debtors

**EX PARTE ORDER AUTHORIZING THE EMPLOYMENT OF ATTORNEY**

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

2

Case 22-40997-BDL    Doc 33    Filed 09/21/22    Ent. 09/21/22 11:28:29    Pg. 2 of 2