## UST - 23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

Instructions: Prepare a continuation sheet for each financial or brokerage account
or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** | Harborstone CU |
| **Account Number** | xxxx9600 |
| **Purpose of this Account:** | |
| Checking:   ;Savings:   ;Investment/brokerage   ; IRA/Retirement   ; Funds held in trust by debtor's attorney   ; Other (explain) | Personal Savings |
| Beginning Cash Balance | $ 5.00 |
| Add: | |
| Transfers in from other Debtor accounts | $ - |
| | |
| | $ - |
| Other receipts deposited to this account: Interest | |
| **Total Cash Available this month:** | $ 5.00 |
| Subtract: | |
| Transfers out to other accounts | $ - |
| Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | $ 5.00 |
| Adjustments, if any (explain) Business Expenses. | |
| **Ending Cash Balance  (Account closed on 8/12/22)** | $ - |
| **Does this CONTINUATION SHEET include the following supporting documents as required:** | yes |
| A monthly bank Statement (or attorney's trust account statement) | bank statement |
| If applicable, a detailed statement of funds received or disbursed by another party for the debtor | |
| | |

## UST - 23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

Instructions: Prepare a continuation sheet for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** | Harborstone CU |
| **Account Number** | xxxx9890 |
| **Purpose of this Account:** | |
| Checking:   ;Savings:   ;Investment/brokerage   ; IRA/Retirement   ; Funds held in trust by debtor's attorney   ; Other (explain) | Personal Saving |
| Beginning Cash Balance  (8/11/2022) | $ - |
| Add: | |
| Transfers in from other Debtor accounts USAA Checking | $ 20,000.00 |
| Initial Depoist to Open the Account | $ 10.00 |
| USAA Trial Credit | $ 0.52 |
| Other receipts deposited to this account: Interest | $ 1.03 |
| **Total Cash Available this month:** | $ 20,011.55 |
| Subtract: | |
| Transfers out to other accounts | $ - |
| Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | $ 5.00 |
| USAA Trial Debit | $ 0.52 |
| **Ending Cash Balance** | $ 20,006.03 |
| **Does this CONTINUATION SHEET include the following supporting documents as required:** | yes |
| A monthly bank Statement | bank statement |
| If applicable, a detailed statement of funds received or disbursed by another party for the debtor | |


| | STEPHEN R BROWN OR KATRINA A BROWN | Statement Thru | Page |
|---|---|---|---|
| | Membership Number: 111096 | 08/31/22 | 1 of 2 |

**Member Service Telephone Center**

(253) 584-2260 or 1-800-523-3641

Mon - Fri: 8 a.m. - 6 p.m. | Sat: 9 a.m. - 1 p.m.

Fax (253) 589-8048

FREE Online Banking & Bill Pay at **harborstone.com**
24 hours a day, 7 days a week



Stephen R Brown Or
Katrina A Brown
245 Shorewood Court
Fox Island Wa 98333-9725

## Member Account Summary

**Deposit Accounts** — Total Deposits: $20,006.03

| Account Type | Account Number | Beginning Balance | (+) Deposits | (-) Withdrawals | (=) Balance |
|---|---|---|---|---|---|
| Savings | ▇▇▇▇9600 | $5.00 | $0.00 | $5.00 | $0.00 |
| Savings | ▇▇▇▇9890 | $0.00 | $20,011.55 | $5.52 | $20,006.03 |

**Save while you spend.**
Grow your savings by using your debit card!
harborstone.com/savemychange

| Savings 11109600 | Dividend $0.00 | YTD Dividend $0.00 | Deposits $0.00 | Withdrawals $5.00 | Balance $0.00 |
|---|---|---|---|---|---|

| Date | Transaction Detail | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| JUL 31 | Previous Balance | | | 5.00 |
| AUG 12 | CLOSING TRANSFER AS PER MEMBER | | 5.00 | 0.00 |
| AUG 12 | CLOSED AS PER MEMBER | | | 0.00 |

You have $0.00 in service charges this period

| Savings 4000099890 | Dividend $0.03 | YTD Dividend $0.03 | Deposits $20,011.55 | Withdrawals $5.52 | Balance $20,006.03 |
|---|---|---|---|---|---|

| Date | Transaction Detail | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| AUG 24 | Previous Balance | | | 0.00 |
| AUG 25 | Deposit | 10.00 | | 10.00 |
| AUG 25 | Withdrawal | | 5.00 | 5.00 |
| AUG 29 | USAA FSB    TRIALCREDT | 0.30 | | 5.30 |
| AUG 29 | USAA FSB    TRIALCREDT | 0.22 | | 5.52 |

Your combined certificates and savings, checking, and money market accounts are federally insured up to $250,000 by the National Credit Union Administration (NCUA), a U.S. government agency. IRA savings accounts and IRA certificates are federally insured up to an additional $250,000 by the NCUA. Consumer savings accounts, certificates, and consumer money market accounts are privately insured up to an additional $100,000 by Excess Share Insurance (ESI). for a combined total of $350,000. Promotional accounts are excluded from ESI.

| Date | Transaction Detail | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| AUG 29 | USAA FSB    TRIALDEBIT | | 0.52 | 5.00 |
| AUG 29 | Wire In -STEPHEN BROWN | 20,000.00 | | 20,005.00 |
| AUG 30 | USAA CHK-INTRNT  TRANSFER<br>ID: S Brown | 1.00 | | 20,006.00 |
| AUG 31 | Dividend Paid | 0.03 | | 20,006.03 |

**Dividend Period:** 08/25/2022 to 08/31/2022 | Avg Daily Collected Bal: $8,576.71
*Annual Percentage Yield Earned 0.02%
You have $0.00 in service charges this period

**In Case of Error or Inquiries About Your Loan Account Statement**
Send your inquiry in writing so that the credit union receives it within sixty (60) days after this statement was mailed to you.

Your written inquiry must include:
1. Your name and account number.
2. A description of the error and why (to the extent you can explain) you believe it is an error.
3. The dollar amount of the suspected error.
Write us at:    Harborstone Credit Union
                P.O. Box 4207
                Tacoma, WA 98438-0207

If you have authorized your credit union to automatically make your payments from your savings account, you can stop or reverse payment on any amount you think is wrong by mailing your notice so that the credit union receives it within sixteen (16) days after the statement was sent to you.

You remain obligated to pay the portion of your statement not in dispute, but you do not have to pay any amount in dispute during the time the credit union is resolving the dispute. During that same time, the credit union may not take any action to collect disputed amounts or report disputed amounts as delinquent.  This is a summary of your rights.

**The following conditions apply to a loan on this account:**
1. The credit union has no financial ties with or right of recourse against a seller in event of default.
2. Property insurance, if written in connection with the loan, will be obtained by the borrower through a person of his/her choice.
3. No penalty will be assessed for paying ahead of schedule.
4. Late charges will be assessed according to the terms of the loan contract if payments are fifteen (15) days or more past due.
5. The FINANCE CHARGE on adjustable rate mortgages (ARMs) and on fixed-rate first mortgages is computed on a monthly amortized schedule.
6. Any FINANCE CHARGE is determined by applying the periodic rate to the daily balance. To get the daily balance, we take the beginning balance of your credit line account each day (exclusive of any unpaid FINANCE CHARGES), add any new advances, and subtract any payments or credits.

**Electronic Funds Transfer (EFT) Error-Resolution Notice to Consumer Accounts**
In case of errors or questions about your electronic funds transfer, call us at (253) 584-2260 or toll-free at 1-800-523-3641.
Or write us at:
                Harborstone Credit Union
                P.O. Box 4207
                Tacoma, WA 98438-0207

If you think your statement is wrong, or if you need more information about a transfer on the statement, contact the credit union no later than sixty (60) days after receipt of the first statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error of the transfer you are unsure about and clearly explain why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Outstanding Items**

| ITEM NO. | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL:** |  |

Balance shown on this statement      $

**ADD**
Any deposits not credited in this statement      +

**TOTAL**      $

**SUBTRACT**
Any outstanding items      -

**BALANCE**      $
Your register should show this balance.




Your combined certificates and savings, checking, and money market accounts are federally insured up to $250,000 by the National Credit Union Administration (NCUA), a U.S. government agency. IRA savings accounts and IRA certificates are federally insured up to an additional $250,000 by the NCUA. Consumer savings accounts, certificates, and consumer money market accounts are privately insured up to an additional $100,000 by Excess Share Insurance (ESI), for a combined total of $350,000. Promotional accounts are excluded from ESI.



Stephen R Brown

Case Number 22-40997 BDL

8/11/2022 to 8/31/2022

## UST - 23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

Instructions: Prepare a continuation sheet for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** | USAA Federal Savings Bank |
| **Account Number** | xxxx7197 |
| **Purpose of this Account:** | |
| Checking:  ;Savings:  ;Investment/brokerage  ; IRA/Retirement  ; Funds held in trust by debtor's attorney  ; Other (explain) | Personal Checking |
| Beginning Cash Balance (8/10/2022) | $ 255,567.45 |
| Add: | |
| Transfers in from other Debtor accounts | $ 2,733.96 |
| Transfers in from a 3rd party | $ 44.20 |
| VA Disablity ($3,332.06) and VA Retirement ($4,539.58) | $ 7,871.64 |
| Other receipts deposited to this account: Interest | |
| **Total Cash Available this month:** | $ 266,217.25 |
| Subtract: | |
| Transfers out to other accounts: Harborstone CU 9890 | $ 20,000.00 |
| Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | $ 7,168.51 |
| | |
| **Ending Cash Balance** | $ 239,048.74 |
| **Does this CONTINUATION SHEET include the following supporting documents as required:** | yes |
| A monthly bank Statement | bank statement |
| If applicable, a detailed statement of funds received or disbursed by another party for the debtor | |
| | |



USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0544

# USAA CLASSIC CHECKING

for Account Number: ██████7197
Statement Period: 08/10/2022 to 09/09/2022

STEPHEN R BROWN
245 SHOREWOOD CT
FOX ISLAND WA  98333-9725

## Activity Summary

| | |
|---|---:|
| **Beginning Balance** | $260,567.45 |
| 9 Deposits/Credits | $13,968.41 |
| 53 Withdrawals/Debits | $33,103.91 |
| Service Charges and ATM Service Fee | $0.00 |
| **Ending Balance** | **$241,431.95** |

| Fees | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft (OD) Fees | N/A | N/A |
| Total Non-Sufficient Funds (NSF) Fees | $0.00 | $0.00 |

Note: Fee reversals/refunds will not be reflected in this table. They will be listed in the transaction section below.

Note: Transactions occurring on the first day and last day of the statement cycle are included in this statement.

## Transactions

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| 08/10 | **Beginning Balance** | | | **$260,567.45** |
| 08/10 | CHECK # 1122 | $5,000.00 | | $255,567.45 |
| 08/11 | CLOSING TRANSFER CREDIT | | $27.29 | $255,594.74 |
| 08/11 | CLOSING TRANSFER CREDIT | | $366.43 | $255,961.17 |
| 08/11 | CLOSING TRANSFER CREDIT | | $2,340.24 | $258,301.41 |

continued on next page>>>

133293-0121



## Transactions (continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/11 | ACH WITHDRAWAL 081122<br>CITI AUTOPAY PAYMENT<br>***********1446 | $56.88 | | $258,244.53 |
| 08/12 | DEBIT CARD PURCHASE 081122 5812081122<br>YELLA BEAK SALOON ENUMCLAW WA | $28.95 | | $258,215.58 |
| 08/15 | DEBIT CARD PURCHASE 081222 4899081222<br>COMCAST BELLINGHAM 800-266-2278 WA | $166.14 | | $258,049.44 |
| 08/16 | USAA CREDIT<br>Zelle: Jacob Brown<br>4145115791 | | $44.20 | $258,093.64 |
| 08/16 | POS DEBIT 081522 5542081522<br>ROSEDALE MARKET8111 88TH GIG HARBOR WA | $21.78 | | $258,071.86 |
| 08/16 | POS DEBIT 081622 5411081622<br>FRED MEYE FRED MEYER 6 GIG HARBOR WA | $25.04 | | $258,046.82 |
| 08/16 | DEBIT CARD PURCHASE 081522 5812081522<br>WHISKEY GULCH COFFEE P 360-4432922 WA | $39.75 | | $258,007.07 |
| 08/17 | DEBIT CARD PURCHASE 081622 5813081622<br>SQ *ZOGS FOX ISLAND WA | $7.91 | | $257,999.16 |
| 08/17 | DEBIT CARD PURCHASE 081622 5814081622<br>PANERA BREAD #202259 P GIG HARBOR WA | $9.77 | | $257,989.39 |
| 08/17 | DEBIT CARD PURCHASE 081622 5813081622<br>SQ *ZOGS FOX ISLAND WA | $15.48 | | $257,973.91 |
| 08/18 | DEBIT CARD PURCHASE 081722 6300081722<br>PROGRESSIVE *INSURANCE 800-776-4737 OH | $93.00 | | $257,880.91 |
| 08/19 | POS DEBIT 081822 5013081822<br>SOUTH BOU 1200 CHARLES BREMERTON WA | $18.66 | | $257,862.25 |
| 08/22 | POS DEBIT 082022 5533082022<br>O'REILLY AUTO PARTS 2538 GIG HARBOR WA | $12.72 | | $257,849.53 |
| 08/22 | DEBIT CARD PURCHASE 081922 5812081922<br>CHARLIES CAFE ENUMCLAW WA | $23.89 | | $257,825.64 |
| 08/22 | DEBIT CARD PURCHASE 082122 5812082122<br>NISQUALLY BAR & GRILL OLYMPIA WA | $26.42 | | $257,799.22 |
| 08/22 | POS DEBIT 082122 5542082122<br>FRED MEYER FUEL 5504 POINGIG HARBOR WA | $121.43 | | $257,677.79 |
| 08/22 | ACH WITHDRAWAL 082222<br>CMS MEDICARE PREMIUMS<br>***********0000 | $442.30 | | $257,235.49 |
| 08/23 | POS DEBIT 082222 5542082222<br>FRED MEYER FUEL 5504 POINGIG HARBOR WA | $78.94 | | $257,156.55 |
| 08/25 | POS DEBIT 082422 5411082422<br>FRED MEYER 0691 FRED MEYEGIG HARBOR WA | $8.99 | | $257,147.56 |

continued on next page>>>

# USAA CLASSIC CHECKING
for Account Number: ▇▇▇▇7197
Statement Period: 08/10/2022 to 09/09/2022

## Transactions (continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/25 | POS DEBIT 082522 5300082522<br>COSTCO WHSE #0624 GIG HARBOR WA | $278.58 | | $256,868.98 |
| 08/26 | DEPOSIT@MOBILE | | $2,511.48 | $259,380.46 |
| 08/26 | DEBIT CARD ADVANCE<br>082522 6010082522<br>HARBORSTONE CREDIT UNION GIG HARBOR WA | $10.00 | | $259,370.46 |
| 08/29 | USAA FUNDS TRANSFER DB<br>TO Stephen Brown<br>SAVINGS #9890, CONF# 4169392567 | $1.00 | | $259,369.46 |
| 08/29 | DEBIT CARD PURCHASE 082722 5942082722<br>AMZN Mktp US*WE1BG40F3 AMZN.COM/BILLWA | $7.74 | | $259,361.72 |
| 08/29 | DEBIT CARD PURCHASE 082722 5942082722<br>AMZN Mktp US*1V85W90R1 AMZN.COM/BILLWA | $10.75 | | $259,350.97 |
| 08/29 | DEBIT CARD PURCHASE 082922 5968082922<br>Amazon Prime*MK8D557L3 AMZN.COM/BILLWA | $16.19 | | $259,334.78 |
| 08/29 | DEBIT CARD PURCHASE 082722 4814082722<br>VZWRLSS*APOCC VISW 800-922-0204 FL | $184.80 | | $259,149.98 |
| 08/29 | WIRE OUT<br>001220829395526 | $20,000.00 | | $239,149.98 |
| 08/29 | WIRE FEE<br>0012208293955 | $20.00 | | $239,129.98 |
| 08/30 | DEBIT CARD PURCHASE 082822 7999082822<br>CRYSTAL MOUNTAIN 833-2797895 WA | $10.64 | | $239,119.34 |
| 08/30 | DEBIT CARD PURCHASE 082922 5942082922<br>Amazon.com*FB7CQ2OL3 AMZN.COM/BILLWA | $15.10 | | $239,104.24 |
| 08/30 | DEBIT CARD PURCHASE 082822 5812082822<br>CAPTAIN JACKS BAR & GR SUMNER WA | $32.07 | | $239,072.17 |
| 08/30 | DEBIT CARD PURCHASE 082722 5571082722<br>REVZILLA MOTORSPORTS 877-792-9455 PA | $38.74 | | $239,033.43 |
| 08/31 | ACH DEP 090122<br>VACP TREAS 310 XXVA BENEF<br>**********3600 | | $3,332.06 | $242,365.49 |
| 08/31 | ACH DEP 090122<br>DFAS-CLEVELAND RET NET<br>**********2880 | | $4,539.58 | $246,905.07 |
| 08/31 | DEBIT CARD PURCHASE 083022 5818083022<br>Amazon Music*1V1FY2MM1 888-802-3080 WA | $5.39 | | $246,899.68 |
| 08/31 | POS DEBIT 083122 5411083122<br>FRED MEYE FRED MEYER 6 GIG HARBOR WA | $39.46 | | $246,860.22 |

continued on next page>>>

133293-0121


FDIC INSURED

## Transactions (continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/31 | USAA FUNDS TRANSFER DB<br>TO Stephen Brown<br>SAVINGS #9890, CONF# 4174269987 | $5,000.00 | | $241,860.22 |
| 08/31 | ACH WITHDRAWAL 083122<br>VENMO RECOVERY<br>***********3107 | $300.00 | | $241,560.22 |
| 09/01 | POS DEBIT 090122 5542090122<br>FRED MEYER FUEL 5504 POINGIG HARBOR WA | $15.55 | | $241,544.67 |
| 09/01 | DEBIT CARD PURCHASE 083022 4784083022<br>WSDOT-GOODTOGO ONLINE RENTON WA | $50.00 | | $241,494.67 |
| 09/01 | DEBIT CARD PURCHASE 083122 5812083122<br>BOATHOUSE 19 TACOMA WA | $60.66 | | $241,434.01 |
| 09/02 | DEBIT CARD PURCHASE 090122 5812090122<br>YELLA BEAK SALOON ENUMCLAW WA | $24.98 | | $241,409.03 |
| 09/06 | DEBIT CARD PURCHASE 090422 4111090422<br>WSFERRIES-BREMERTON SEATTLE WA | $6.65 | | $241,402.38 |
| 09/06 | DEBIT CARD PURCHASE 090222 5542090222<br>SAFEWAY FUEL0494 ENUMCLAW WA | $15.34 | | $241,387.04 |
| 09/06 | DEBIT CARD PURCHASE 090422 5542090422<br>CHEVRON 0092106 GIG HARBOR WA | $18.95 | | $241,368.09 |
| 09/06 | DEBIT CARD PURCHASE 090222 7999090222<br>CRYSTAL MOUNTAIN 833-2797895 WA | $29.16 | | $241,338.93 |
| 09/06 | DEBIT CARD PURCHASE 090222 5812090222<br>BLUESPRUCE SALOON PACKWOOD WA | $53.77 | | $241,285.16 |
| 09/06 | DEBIT CARD PURCHASE 090522 4900090522<br>PENINSULA LIGHT COMPAN 253-857-5950 WA | $60.43 | | $241,224.73 |
| 09/06 | DEBIT CARD PURCHASE 090422 5812090422<br>SQ *ALKI PEGASUS SEATTLE WA | $82.14 | | $241,142.59 |
| 09/07 | ACH WITHDRAWAL 090722<br>USAA P&C AUTOPAY<br>***********7977 | $285.47 | | $240,857.12 |
| 09/08 | DEBIT CARD PURCHASE 090722 5942090722<br>AMAZON.COM*1F8QO2ZH0 AMZNAMZN.COM/BILLWA | $5.71 | | $240,851.41 |
| 09/08 | POS DEBIT 090822 5542090822<br>CENEX CHS NORTHWEST32632 BLACK DIAMONDWA | $15.62 | | $240,835.79 |
| 09/08 | POS DEBIT 090822 5542090822<br>FRED MEYER FUEL 5504 POINGIG HARBOR WA | $137.89 | | $240,697.90 |
| 09/09 | ACH DEP 090922<br>LLW PROP TRUST ACH PMT<br>*********** 637 | | $805.00 | $241,502.90 |

continued on next page>>>

133293-0121

FDIC INSURED

## Transactions (continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/09 | DEBIT CARD PURCHASE 090822 5942090822 AMZN MKTP US*1F0KN1BW1 AMAMZN.COM/BILLWA | $20.50 | | $241,482.40 |
| 09/09 | DEBIT CARD PURCHASE 090822 5812090822 YELLA BEAK SALOON ENUMCLAW WA | $52.58 | | $241,429.82 |
| 09/09 | INTEREST PAID | | $2.13 | $241,431.95 |
| 09/09 | **Ending Balance** | | | **$241,431.95** |

## Interest Paid Information

Your interest paid was calculated using your daily balance for 31 days for an annual percentage yield earned of 0.01%.

continued on next page>>>

133293-0121



## IMPORTANT INFORMATION

The ending balance includes items that have posted to your account. You may have been charged fees if your account did not have enough available funds to pay for an item. Please see the available balance section in the USAA Federal Savings Bank Depository Agreement and Disclosures for details.

You can review and obtain copies of your recent checks at no cost through usaa.com or mobile. Two no fee check photocopies per statement cycle can be obtained by contacting Customer Service.

Please examine this statement at once. If no error is reported in 60 days, this statement will be considered correct. All items credited are subject to verification.

In case of errors or questions about your electronic transfers, telephone us at 210-531-USAA (8722) or 800-531-8722, or write us at USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-0544 or email us through the "Contact Us" link on usaa.com, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

## TERMS AND CONDITIONS

All transactions are subject to the Depository Agreement and Disclosures.

Online: usaa.com        Phone: 210-531-USAA (8722) • 800-531-8722        Mobile: #8722

133293-0121



Stephen R Brown

Case Number 22-40997 BDL

8/11/2022 to 8/31/2022

## UST - 23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL

Instructions: Prepare a continuation sheet for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** | US Bank |
| **Account Number** | Client Trust Account |
| **Purpose of this Account:** | |
| Checking:   ;Savings:   ;Investment/brokerage   ; IRA/Retirement   ; Funds held in trust by debtor's attorney   ; Other (explain) | Turst Account |
| Beginning Cash Balance | $ 505,000.00 |
| Add: | |
| Transfers in from other Debtor accounts | $ - |
| | |
| | $ - |
| Other receipts deposited to this account: Interest | |
| **Total Cash Available this month:** | $ 505,000.00 |
| Subtract: | |
| Transfers out to other accounts | $ - |
| Disbursements from this account: Prepetition fees and costs. | $ 10,981.30 |
| Adjustments, if any (explain) Business Expenses. | |
| **Ending Cash Balance** | $ 494,018.70 |
| **Does this CONTINUATION SHEET include the following supporting documents as required:** | yes |
| A monthly bank Statement (or attorney's trust account statement) | attorney's trust account statement |
| If applicable, a detailed statement of funds received or disbursed by another party for the debtor | |
| | |

# ESCROW REPORT

Tuesday, September 20, 2022

Stephen Robert Brown
245 Shorewood Court
Fox Island, Washington  98333

| **Name of Case** | **Attorney** | **Case Date** |
|---|---|---|
| RE: Steve Robert Brown Ch 11 | Mark C. McClure | Thursday, July 28, 202 |

| Date | Description | Date Total |
|---|---|---|
| 09-Aug-22 | Deposit to Escrow<br>retainer from client | $5,000.00 |
| 11-Aug-22 | Withdrawal from Escrow<br>Payment re Prebankruptcy service at $425/hr. (separate billing) | ($4,402.30) |
| 11-Aug-22 | Deposit to Escrow<br>Funding from Loan against residence. | $500,000.00 |
| 11-Aug-22 | Withdrawal from Escrow<br>Filing Fee - Thank you. Your transaction in the amount of $1738.00 has been completed.<br><br>Please print a copy of your transaction receipt for future reference. The transaction number is A27575373.<br><br>Detail description:<br>Chapter 11 Voluntary Petition( 22-40997) [misc,1032] (1738.00) | ($1,738.00) |
| 11-Aug-22 | Withdrawal from Escrow<br>Transfer to operating.to cover prepetition services in this matter). | ($4,841.00) |
| 01-Sep-22 | Deposit to Escrow<br>Refund pre-petition fees - adjusting to lower legal fee rate per fee agreement. | $623.00 |

**Balance:** **$494,641.70**