Authentisign ID: EEE6FDD5-5540-ED11-A27C-14CB655B2CA7

Hon. Brian D. Lynch
In Proceedings Under
Chapter 11
Hearing  Date:  October 26, 2022
Time:  9:00 AM
Response Date: October 19, 2022
Location:  Tacoma, WA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re

Stephen Robert Brown,

                Debtor(s),

Chapter 11 Case No: 22-40997 BDL

DEBTOR'S NOTICE, MOTION FOR ORDER
AUTHORIZING EMPLOYMENT OF
ATTORNEY

## I. NOTICE.

| | |
|---|---|
| JUDGE: Brian D. Lynch | TIME:  9:00 AM |
| PLACE: Tacoma Federal Courthouse Union Station  **Courtroom I**<br>1717 Pacific Avenue, Ste 2100<br>Tacoma, WA 98402 | DATE:  October 26, 2022 |

IF YOU OPPOSE the Motion, you must file your written response with the court clerk, serve two copies on the Judge's chambers and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is October 19, 2022**.**

**IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.**

**DEBTOR'S NOTICE, MOTION FOR ORDER
AUTHORIZING EMPLOYMENT OF
ATTORNEY** -- 1

c:\users\ian\appdata\local\temp\nitropdf\nitrosession16640\noted employment
app_4dc1bb30.doc

Law Office of Mark McClure, P.S.
1103 West Meeker Street, Ste 101
Kent, WA 98032
(253) 631-6484

Authentisign ID: EEE6FDD5-5540-ED11-A27C-14CB655B2CA7

## II. APPLICATION

Stephen Robert Brown, the Debtor in this Chapter 11 case, ("Debtor"), applies to the Court for an order approving the employment of Mark McClure, Masafumi Iwama, and the Law Office of Mark McClure, PS as Chapter 11 counsel for Debtor. Debtor makes this application under section 327 of the United States Bankruptcy Code ("the Code"), and Fed. R. Bankr. P. 2014. In support of the application, Debtor states as follows:

1. On August 11, 2022, Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. Debtor retained Mark McClure and Masafumi Iwama ("Attorneys") and Law Office of Mark McClure, PS ("Firm"), on July 28, 2022 to review his options as a debtor and prebankruptcy planning. Subsequently Debtor entered into a retainer agreement for a chapter 11 on August 11, 2022. Debtor now wishes to employ Attorneys and Firm, effective as of the date of filing, August 11, 2022, to advise him regarding this Chapter 11 case. Debtor has been informed that Attorneys, the primary attorneys involved in this case, are admitted to practice before this Court and have read the Local Bankruptcy Rule 2016.

3. The Services to be performed by Attorneys are necessary in order for Debtor to perform his duties as Debtor. Subject to the control of, and further order of the Court, Attorneys will render the following services to Debtor:

   a. To take all actions necessary to protect and preserve Debtor's bankruptcy estate, including the prosecution of actions on Debtor's behalf. To undertake, in conjunction as appropriate with special litigation counsel, the defense of any action commenced against Debtor negotiations concerning litigation in which Debtor may be involved, objections to

**DEBTOR'S NOTICE, MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY** -- 2

c:\users\ian\appdata\local\temp\nitropdf\nitrosession16640\noted employment app_4dc1bb30.doc

Law Office of Mark McClure, P.S.
1103 West Meeker Street, Ste 101
Kent, WA 98032
(253) 631-6484

Authentisign ID: EEE6FDD5-5540-ED11-A27C-14CB655B2CA7

claims filed against Debtor in this bankruptcy case, and the compromise or settlement of claims.

b. To prepare the necessary applications, motions, memoranda, responses, complaints, answers, orders, notices, reports, and other papers required from Debtor as debtor-in-possession in connection to the administration of this case.

c. To negotiate with creditors concerning a Chapter 11 plan, to prepare a Chapter 11 plan, and disclosure statement and related documents, and to take the steps necessary to confirm and implement a proposed plan.

d. To provide such other legal advice or services as may be required in connection with the Chapter 11 case.

4. Debtor has selected Attorneys for the following reasons:

a. Attorneys have experience and expertise in the field of debtors' and creditors' rights, insolvency law and bankruptcy.

b. Attorneys have the resources necessary for the quick and efficient prosecution of this case.

c. Debtor has confidence in Attorneys and believes that Attorneys are well qualified to represent him in this Chapter 11 case.

5. In accordance with the signed Engagement letter attached and available for review, Debtor has agreed to compensate Attorneys and Firm on the basis of its ordinary hourly rates, with additional reasonable fees to be paid on the basis of criteria set forth in the Washington Rules of Professional Conduct, including time spent, skill needed to perform legal services properly, preclusion of other employment, fees customarily charged, the amount involved and the results obtained, and the experience, reputation and ability of counsel.

**DEBTOR'S NOTICE, MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY -- 3**

c:\users\ian\appdata\local\temp\nitropdf\nitrosession16640\noted employment app_4dc1bb30.doc

Law Office of Mark McClure, P.S.
1103 West Meeker Street, Ste 101
Kent, WA 98032
(253) 631-6484

6.  Attorneys have been paid during the one-year period prior to filing of this case, the attorney's fees of $4,881.00 related to pre-petition chapter 11 preparation, and $4,402.30 related to services provided in assisting Debtor with loan paperwork securing liquidity for the benefit of the estate. Currently the Firm holds $494,641.70 in the client trust account.

7.  To the best of the Debtor's knowledge, Attorneys do not have any connection with Debtor, his creditors, any party in interest, or their respective attorneys or accountants.

**WHEREFORE**, for the reasons stated in this application, Debtor requests that the Court enter an order authorizing him to employ Attorneys and Firm to represent Debtor in this Chapter 11 case effective as of August 11, 2022.

DATED: September 29, 2022

/s/ Mark McClure
_____
Mark C. McClure, WSBA # 24393
Attorney for Debtor(s)

Approved by:

*Stephen Robert Brown*        09/30/22
_____
Stephen Robert Brown, Debtor

**DEBTOR'S NOTICE, MOTION FOR ORDER
AUTHORIZING EMPLOYMENT OF
ATTORNEY -- 4**

c:\users\ian\appdata\local\temp\nitropdf\nitrosession16640\noted employment
app_4dc1bb30.doc

Law Office of Mark McClure, P.S.
1103 West Meeker Street, Ste 101
Kent, WA 98032
(253) 631-6484

Case 22-40997-BDL    Doc 36    Filed 09/30/22    Ent. 09/30/22 10:50:11    Pg. 4 of 4