UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

Stephen Robert Brown,

Debtor..

Case No.: 22-40997-BDL

**ORDER AUTHORIZING THE EMPLOYMENT OF ATTORNEY**

This matter, having come before the Court upon the Debtor's application to employ Mark McClure, Masafumi Iwama and Law Office of Mark McClure, as Attorneys for Debtors for the above-captioned bankruptcy case. The Court has considered the application, the records and files in this case, and the oral argument, if any, and found no adverse interests are apparent, that such employment is necessary and would be in the best interest of the estate, it is hereby

//

//

//

//

//

**ORDER AUTHORIZING THE EMPLOYMENT OF ATTORNEY**

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

Case 22-40997-BDL    Doc 36-1    Filed 09/30/22    Ent. 09/30/22 10:50:11    Pg. 1 of 2

ORDERED that Debtor is authorized to employ Mark McClure, Masafumi Iwama, and Law Office of Mark McClure, P.S., effective as of the date of filing, August 11, 2022 to advise them regarding this Chapter 11 case, pursuant to 11 U.S.C. §§ 330 and 327(a) on the terms and conditions more fully set forth in the Debtors' ex parte application, with all compensation subject to Court approval after notice and a hearing, payable as an administrative expense.

/// End of Order///

Presented by:

 /s/ *Mark C. McClure*
Mark C. McClure, WSBA #24393
Attorney for Debtor

 /s/ *Masafumi Iwama*
Masafumi Iwama, WSBA #40821
Attorney for Debtor

**ORDER AUTHORIZING THE EMPLOYMENT OF ATTORNEY**

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

2

Case 22-40997-BDL    Doc 36-1    Filed 09/30/22    Ent. 09/30/22 10:50:11    Pg. 2 of 2