UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

Stephen Robert Brown,

Debtor.

Case No.: 22-40997-BDL

DECLARATION OF DISINTEREST

Masafumi Iwama, being first duly sworn on oath deposes and says under penalty of perjury of the laws of the State of Washington:

1. I am an attorney at law, duly admitted to practice in the state of Washington and in the United State District court for the Western District of Washington, have personal knowledge of the facts set forth herein and am competent to testify to the same.

2. Before commencing this Chapter 11 case, Robert G. Brown as Trustee of "The Brown Family Decedent's Trust" aka "The Brown Family Decedents Trust B" appointed my old firm, Iwama Harper PLLC, dba, Iwama Law Firm as trustee for a certain Deed of Trust.

3. Since then Mr. Brown has appointed First American Title Insurance Company as successor trustee, thus, my old firm is no longer serving as a trustee for that Deed of Trust.

4. Otherwise, to the best of knowledge of the undersigned, neither I nor the Law Office of Mark McClure, PS. has any connection or business dealing with the Debtor, creditors, or

DECLARATION OF DISINTEREST          1

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

Case 22-40997-BDL    Doc 38    Filed 09/30/22    Ent. 09/30/22 10:54:08    Pg. 1 of 2

any party in interest, or their respective attorneys and accountants.

5. To the best of my knowledge, neither myself nor employees of the Law Office of Mark McClure, PS hold any interest adverse to the estate.

6. Based on the foregoing, I believe that I am a disinterested person within the meaning of 11 U.S.C. § 104 (14).

7. I have read and am familiar with the requirements of Local Rule 2016-1 of the United States Bankruptcy Court for the Western District of Washington.

*/s/ Masafumi Iwama*
Masafumi Iwama, WSBA #40821
Attorney for Debtor

DECLARATION OF DISINTEREST

2

Law Office of Mark McClure, PS
1103 West Meeker Street, #101
Kent, WA 98032
Telephone: (253) 631-6484

Case 22-40997-BDL    Doc 38    Filed 09/30/22    Ent. 09/30/22 10:54:08    Pg. 2 of 2