# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| IN RE: | CASE NO: 22-40997 |
|---|---|
| STEPHEN ROBERT BROWN | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 36 |
| | Judge: Brian D. Lynch |
| | Hearing Location: 1717 Pacific Avenue, Ste 2100 Tacoma, WA 98402 |
| | Hearing Date: October 26, 2022 |
| | Hearing Time: 9:00 AM |
| | Response Date: October 19, 2022 |

On 9/30/2022, I did cause a copy of the following documents, described below,

Notice and Application for Employment with Proposed Order ECF Docket Reference No. 36

Declaration in support of employment application (Mark McClure) 37

Declaration in support of employment application (Masafumi Iwama) 38

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/30/2022

/s/ Mark McClure
Mark McClure  24393
Attorney for Debtor
Law Office of Mark McClure
1103 West Meeker  Suite 101
Kent, WA  98032
253 631 6484
mark@mcclurelawgroup.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| IN RE:<br><br>STEPHEN ROBERT BROWN | CASE NO: 22-40997<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 36<br>Judge: Brian D. Lynch<br>Hearing Location: 1717 Pacific Avenue, Ste 2100 Tacoma, WA 98402<br>Hearing Date: October 26, 2022<br>Hearing Time: 9:00 AM |

On 9/30/2022, a copy of the following documents, described below,

Notice and Application for Employment with Proposed Order ECF Docket Reference No. 36

Declaration in support of employment application (Mark McClure) 37

Declaration in support of employment application (Masafumi Iwama) 38

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/30/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark McClure
Law Office of Mark McClure
1103 West Meeker  Suite 101
Kent, WA  98032

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-40997
WESTERN DISTRICT OF WASHINGTON
FRI SEP 30 11-25-0 PST 2022

EXCLUDE

(U)COURTESY NEF

EXCLUDE

US BANKRUPTCY COURT
1717 PACIFIC AVENUE
SUITE 2100
TACOMA WA 98402-3233

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA FL 33634-2413

BROWN FAMILY DECEDENTS TRUST
ROBERT G BROWN TRUSTEE
3702 85TH AVE NW
OLYMPIA WA 98502-9642

BROWN FAMILY DECEDENTS TRUST
ROBERT G BROWN TRUSTOR
3702 85TH AVE NW
OLYMPIA WA 98502-9642

CALIFORNIA DEPARTMENT OF TAX AND FEE
ADMINISTRATION
SPECIAL OP BANKRUPTCY TEAM MIC 74
PO BOX 942879
SACRAMENTO CA 94279-0074

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

EXCLUDE

(D)(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

CANADA

KATRINA BROWN
9845 JOHNSON RD
DEROCHE BC VDM 1GO

LAW OFFICE OF MARK MCCLURE PS
1103 W MEEKER ST STE 101
KENT WA 98032-5714

LISAH S MOEGLING
725 10TH AVE
FOX ISLAND WA 98333-9644

NEWMAN DU WORS LLP
NEWMAN DU WORS
2101 4TH AVE STE 1500
SEATTLE WA 98121-2336

PIERCE COUNTY ASSESSORTREASURER
2401 SOUTH 35TH ST ROOM 142
TACOMA WA 98409-7498

SOLANO COUNTY TREASURER
PO BOX 51094
LOS ANGELES CA 90051-5394

DEBTOR

STEPHEN ROBERT BROWN
245 SHOREWOOD COURT
FOX ISLAND WA 98333-9725

TIMOTHY E WILLIAMS ATTORNEY AT LAW
5302 PACIFIC AVE
TACOMA WA 98408-7626

UNITED STATES TRUSTEE
700 STEWART ST STE 5103
SEATTLE WA 98101-4438

EXCLUDE

(U)BRIAN J WAID

EXCLUDE

(D)LISAH S MOEGLING
725 10TH AVENUE
FOX ISLAND WA 98333-9644

MARK CHARLES MCCLURE
LAW OFFICE OF MARK MCCLURE PS
1103 W MEEKER ST STE 101
KENT WA 98032-5714

MASAFUMI IWAMA
IWAMA LAW FIRM
333 5TH AVE S
KENT WA 98032-5763

MATT IWAMA
LAW OFFICE OF MARK MCCLURE PS
1103 WEST MEEKER STREET
STE 101
KENT WA 98032-5714

DEBTOR

(D)STEPHEN ROBERT BROWN
245 SHOREWOOD COURT
FOX ISLAND WA 98333-9725

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(US Trustee)
United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101
represented by:
Matthew J.P. Johnson
Office of the U.S. Trustee
700 Stewart Street
Ste 5103
Seattle, WA 98101

matthew.j.johnson@usdoj.gov

(Creditor)
Lisah S. Moegling
725 10th Avenue
Fox Island, WA 98333
represented by:
Barry W Davidson
Davidson Backman Medeiros PLLC
601 W Riverside Ave Ste 1550
Spokane, WA 99201

bdavidson@dbm-law.net

(Interested Party)
represented by:
Brian J Waid
Waid Law Office
5400 California Ave SW, Ste D
Seattle, WA 98136

bjwaid@waidlawoffice.com

Mark Charles McClure
Law Office of Mark McClure PS
1103 W Meeker St Ste 101
Kent, WA 98032

mark@mcclurelawgroup.com

Matt Iwama
Law Office of Mark McClure, PS
1103 West Meeker Street
Ste 101
Kent, WA 98032

matt@mcclurelawgroup.com

(Debtor)
Stephen Robert Brown
245 Shorewood Court
Fox Island, WA 98333
represented by:
Masafumi Iwama
Iwama Law Firm
333 5th Ave S
Kent, WA 98032

matt@iwamalaw.com