Iwama Law Firm
333 5th Ave. S.
Kent, WA. 98032
Telephone: 253-520-7671
Facsimile: 253-520-7326

The Honorable Brian D Lynch
Chapter 11
Hearing Date: November 9, 2022
Hearing Time: 9:00 AM
Location: Tacoma, WA
Reponses Date: November 2, 2022

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

    Stephen Robert Brown,

                      Debtor.

CHAPTER 11 BANKRUPTCY
Case No.: 22-40997-BDL

MOTION TO APPROVE DEBTOR'S DISCLOSURE STATEMENT AND FIX TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN

# MOTION TO APPROVE DISCLOSURE STATEMENT AND FIX TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN

COME NOW the Debtor, by and through his attorney of record, Masafumi Iwama, and moves this Court for the entry of an order approving the Debtor's Disclosure Statement dated October 10, 2022 and fixing the time for filing acceptances or rejections of the Debtor's Plan.

This Motion is submitted pursuant to 11 U.S.C. 1125.

The Debtor's proposed Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan Combined with Notice thereof, is submitted herewith.

DATED this 10th day of October, 2022

/s/ Masafumi Iwama
Masafumi Iwama, WSBA #40821
Attorney for Debtor

1

MOTION TO APPROVE
DEBTOR'S DISCLOSURE
STATEMENT AND FIX TIME FOR
FILING ACCEPTANCES OR
REJECTIONS OF PLAN

Law Office of Mark McClure, P.S
1103 West Meeker Street, Ste 101
Kent, WA. 98032
Telephone: (253) 631-6484

Case 22-40997-BDL    Doc 42-2    Filed 10/10/22    Ent. 10/10/22 09:18:20    Pg. 1 of 1