Iwama Law Firm
333 5th Ave. S.
Kent, WA. 98032
Telephone: 253-520-7671
Facsimile: 253-520-7326

The Honorable Brian D Lynch
Chapter 11
Hearing Date: November 9, 2022
Hearing Time: 9:00 AM
Location: Tacoma, WA
Reponses Date: November 2, 2022

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

Stephen Robert Brown,

Debtor.

Case No.: 22-40997-BDL

NOTICE OF HEARING

PLEASE TAKE NOTICE that the Debtor's Motion to Approve Debtor's Disclosure Statement and Fix Time for Filing Acceptances or Rejections of Plan has been filed in the above-referenced case and IS SET FOR HEARING as follows:

| | | | |
|---|---|---|---|
| Judge | Brian D Lynch | TIME | 9:00 AM |
| PLACE | Union Station<br>Courtroom: I<br>1717 Pacific Ave.<br>Tacoma, WA 98402 | DATE | November 9, 2022 |

IF YOU OPPOSE the Motion, you must file your written response with the court clerk, undersigned NOT LATER THAN THE RESPONSE DATE, which is November 2, 2022.

**IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.**

DATED this 10th day of October, 2022

MOVING PARTY,

/s/ *Masafumi Iwama*
Masafumi Iwama WSBA #40821
Attorney for Debtor

1

NOTICE OF HEARING

Law Office of Mark McClure, P.S
1103 West Meeker Street, Ste 101
Kent, WA. 98032
Telephone: (253) 631-6484