UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

Stephen Robert Brown,

Debtor.

Case No.: 22-40997-BDL

ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by Debtor, Stephen Robert Brown, through their Attorney, Masafumi Iwama, on October 10, 2022.

It having been determined after hearing on notice that the disclosure statement contains adequate information:

IT IS ORDERED, and notice is hereby given, that:

A. The disclosure statement filed by Debtors on October 10, 2022 is approved;

B. December 7, 2022 is fixed as the last day for filing written acceptances or rejections of the plan referred to above;

C. Within 5 business days after the entry of this order, the plan, the disclosure statement, a copy of the order or summary by the court approving the disclosure statement, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee, as provided in Fed. R. Bankr. P. 3017(d);

D. If acceptances are filed for more than one plan, preferences among the plans so accepted may be indicated;

1

ORDER APPROVING DEBTOR'S
DISCLOSURE STATEMENT AND FIXING
TIME FOR FILING ACCEPTANCES OR
REJECTIONS OF PLAN, COMBINED
WITH NOTICE THEREOF

Law Office of Mark McClure, P.S
1103 West Meeker Street, Ste 101
Kent, WA. 98032
Telephone: (253) 631-6484

Case 22-40997-BDL    Doc 42-4    Filed 10/10/22    Ent. 10/10/22 09:18:20    Pg. 1 of 2

E. December 14, 2022 is fixed for the hearing on confirmation of the plan;

F. December 7, 2022 is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the plan.

<<End of Order>>

Presented by:

/s/ *Masafumi Iwama*

Masafumi Iwama WSBA #40821
Attorney for Debtor

2

ORDER APPROVING DEBTOR'S
DISCLOSURE STATEMENT AND FIXING
TIME FOR FILING ACCEPTANCES OR
REJECTIONS OF PLAN, COMBINED
WITH NOTICE THEREOF

Law Office of Mark McClure, P.S
1103 West Meeker Street, Ste 101
Kent, WA. 98032
Telephone: (253) 631-6484

Case 22-40997-BDL    Doc 42-4    Filed 10/10/22    Ent. 10/10/22 09:18:20    Pg. 2 of 2