# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| IN RE: | CASE NO: 22-40997 |
|---|---|
| STEPHEN ROBERT BROWN | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 42 |
| | Judge: Brian D. Lynch |
| | Hearing Location: Courtroom I: 1717 Pacific Avenue, Ste 2100 Tacoma, WA 98402-3233 |
| | Hearing Date: November 9, 2022 |
| | Hearing Time: 9:00 AM |
| | Response Date: November 2, 2022 |

On 10/11/2022, I did cause a copy of the following documents, described below,

Hearing Notice, Motion to approve Disclosure Statement; Chapter 11 proposed Plan; Disclosure Statement; Proposed Order ECF Docket Reference No. 42

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/11/2022

/s/ Mark McClure
Mark McClure  24393
Attorney for Debtor
Law Office of Mark McClure
1103 West Meeker  Suite 101
Kent, WA  98032
253 631 6484
mark@mcclurelawgroup.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| IN RE:<br><br>STEPHEN ROBERT BROWN | CASE NO: 22-40997<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 42<br>Judge: Brian D. Lynch<br>Hearing Location: Courtroom I: 1717 Pacific Avenue, Ste 2100<br>Tacoma, WA 98402-3233<br>Hearing Date: November 9, 2022<br>Hearing Time: 9:00 AM |

On 10/11/2022, a copy of the following documents, described below,

Hearing Notice, Motion to approve Disclosure Statement; Chapter 11 proposed Plan; Disclosure Statement; Proposed Order ECF Docket Reference No. 42

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/11/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark McClure
Law Office of Mark McClure
1103 West Meeker  Suite 101
Kent, WA  98032

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                               EXCLUDE                                 EXCLUDE

  LABEL MATRIX FOR LOCAL NOTICING       (U)COURTESY NEF                         US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD                                                           1717 PACIFIC AVENUE
CASE 22-40997                                                                   SUITE 2100
WESTERN DISTRICT OF WASHINGTON                                                  TACOMA  WA 98402-3233
TUE OCT 11 8-17-53 PST 2022


BANK OF AMERICA                         BROWN FAMILY DECEDENTS TRUST            BROWN FAMILY DECEDENTS TRUST
ATTN BANKRUPTCY                         ROBERT G BROWN  TRUSTEE                 ROBERT G BROWN  TRUSTOR
4909 SAVARESE CIRCLE                    3702 85TH AVE NW                        3702 85TH AVE NW
TAMPA   FL 33634-2413                   OLYMPIA  WA 98502-9642                  OLYMPIA  WA 98502-9642



                                                                                EXCLUDE

CALIFORNIA DEPARTMENT OF TAX AND FEE    (P)INTERNAL REVENUE SERVICE             (D)(P)INTERNAL REVENUE SERVICE
ADMINISTRATION                          CENTRALIZED INSOLVENCY OPERATIONS       CENTRALIZED INSOLVENCY OPERATIONS
SPECIAL OP BANKRUPTCY TEAM MIC 74       PO BOX 7346                             PO BOX 7346
PO BOX 942879                           PHILADELPHIA PA 19101-7346              PHILADELPHIA PA 19101-7346
SACRAMENTO  CA 94279-0074


CANADA
KATRINA BROWN                           LAW OFFICE OF MARK MCCLURE  PS          LISAH S MOEGLING
9845 JOHNSON RD                         1103 W MEEKER ST  STE 101               725 10TH AVE
DEROCHE  BC VDM 1GO                     KENT  WA 98032-5714                     FOX ISLAND  WA 98333-9644



NEWMAN DU WORS LLP                      PIERCE COUNTY ASSESSORTREASURER         SOLANO COUNTY TREASURER
NEWMAN DU WORS                          2401 SOUTH 35TH ST ROOM 142             PO BOX 51094
2101 4TH AVE STE 1500                   TACOMA  WA 98409-7498                   LOS ANGELES  CA 90051-5394
SEATTLE  WA 98121-2336



DEBTOR
STEPHEN ROBERT BROWN                    TIMOTHY E WILLIAMS  ATTORNEY AT LAW     UNITED STATES TRUSTEE
245 SHOREWOOD COURT                     5302 PACIFIC AVE                        700 STEWART ST STE 5103
FOX ISLAND  WA 98333-9725               TACOMA  WA 98408-7626                   SEATTLE  WA 98101-4438


EXCLUDE                                 EXCLUDE

(U)BRIAN J WAID                         (D)LISAH S MOEGLING                     MARK CHARLES MCCLURE
                                        725 10TH AVENUE                         LAW OFFICE OF MARK MCCLURE PS
                                        FOX ISLAND  WA 98333-9644               1103 W MEEKER ST STE 101
                                                                                KENT  WA 98032-5714



                                                                                DEBTOR
MASAFUMI IWAMA                          MATT IWAMA                              (D)STEPHEN ROBERT BROWN
IWAMA LAW FIRM                          LAW OFFICE OF MARK MCCLURE  PS          245 SHOREWOOD COURT
333 5TH AVE S                           1103 WEST MEEKER STREET                 FOX ISLAND  WA 98333-9725
KENT  WA 98032-5763                     STE 101
                                        KENT  WA 98032-5714
```

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

| (US Trustee) | (Creditor) | (Interested Party) |
|---|---|---|
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101<br>represented by:<br>Matthew J.P. Johnson<br>Office of the U.S. Trustee<br>700 Stewart Street<br>Ste 5103<br>Seattle, WA 98101<br><br>matthew.j.johnson@usdoj.gov | Lisah S. Moegling<br>725 10th Avenue<br>Fox Island, WA 98333<br>represented by:<br>Barry W Davidson<br>Davidson Backman Medeiros PLLC<br>601 W Riverside Ave Ste 1550<br>Spokane, WA 99201<br><br>bdavidson@dbm-law.net | represented by:<br>Brian J Waid<br>Waid Law Office<br>5400 California Ave SW, Ste D<br>Seattle, WA 98136<br><br>bjwaid@waidlawoffice.com |
| Mark Charles McClure<br>Law Office of Mark McClure PS<br>1103 W Meeker St Ste 101<br>Kent, WA 98032<br><br>mark@mcclurelawgroup.com | Matt Iwama<br>Law Office of Mark McClure, PS<br>1103 West Meeker Street<br>Ste 101<br>Kent, WA 98032<br><br>matt@mcclurelawgroup.com | (Debtor)<br>Stephen Robert Brown<br>245 Shorewood Court<br>Fox Island, WA 98333<br>represented by:<br>Masafumi Iwama<br>Iwama Law Firm<br>333 5th Ave S<br>Kent, WA 98032<br><br>matt@iwamalaw.com |