Entered on Docket October 13, 2022

Below is the Order of the Court.



*Brian D. Lynch*
_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | Case No. **22-40997-BDL** |
|---|---|
| **STEPHEN ROBERT BROWN**, | **ORDER AUTHORIZING WITHDRAWAL OF ATTORNEYS** |
| Debtor. | |

  THIS MATTER having come before the Court on the Stipulation Authorizing Withdrawal Of Attorneys (the "Stipulation") filed herein by and between (1) Barry W. Davidson and Davidson Backman Medeiros PLLC and (2) Lisah S. Moegling pursuant to Local Bankruptcy Rule 2089-1(b)(1), whereby Lisah S. Moegling authorized Barry W. Davidson and Davidson Backman Medeiros PLLC to withdraw as her attorneys, effective upon the entry of an order authorizing such withdrawal, and the Court having considered the records and files herein and being fully advised in the premises; NOW THEREFORE,

Page 1
Order Authorizing Withdrawal of Attorneys
Moegling\Pleadings.svr

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 244-4600

Case 22-40997-BDL Doc 44 Filed 10/13/22 Ent. 10/13/22 07:58:24 Pg. 1 of 2

IT IS HEREBY ORDERED that Barry W. Davidson and Davidson Backman Medeiros PLLC are authorized to withdraw as attorneys for Lisah S. Moegling, with such withdrawal to be effective upon entry of this Order.

/// End of Order ///

Presented by:

DAVIDSON BACKMAN MEDEIROS PLLC

/s/ Barry W. Davidson
Barry W. Davidson, WSBA No. 07908
*Withdrawing Attorney for Lisah S. Moegling*
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, Washington 99201
Telephone: (509) 624-4600


So Stipulated and Consent Given:

_____
Lisah S. Moegling, Creditor

Page 2
Order Authorizing Withdrawal of Attorneys
Moegling\Pleadings.svr

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 244-4600

Case 22-40997-BDL    Doc 44    Filed 10/13/22    Ent. 10/13/22 07:58:24    Pg. 2 of 2