UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

STEPHEN ROBERT BROWN,

Debtor.

NO. 22-40997-BDL

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the appearance of Brett L. Wittner and Melissa Sevier with Morton McGoldrick, PLLC, for Creditor Lisa Moegling, is hereby entered in the above-entitled action through the undersigned attorneys. You are directed to serve all future pleadings or papers, exclusive of original process, upon said attorneys at their address below stated.

> Brett L. Wittner / Melissa E. Sevier
> Morton McGoldrick, PLLC
> 820 "A" Street, Suite 600
> Tacoma, WA 98402
> (253) 627-8131

DATED this 17th day of October, 2022.

Presented by:
MORTON MCGOLDRICK, PLLC

/s/ Brett L. Wittner
Brett L. Wittner, WSBA # 27657
Melissa E. Sevier, WSBA #58657
Attorneys for Creditor Moegling

NOTICE OF APPEARANCE    -1-

MORTON McGOLDRICK ps
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

Case 22-40997-BDL    Doc 45    Filed 10/17/22    Ent. 10/17/22 16:44:43    Pg. 1 of 1