| | A | B | C | D |
|---|---|---|---|---|
| 1 | **UST - 23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL** | | | |
| 2 | Instructions: Prepare a continuation sheet for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below. | | | |
| 3 | **Depository (bank) name** | | | Harborstone CU |
| 4 | **Account Number** | | | xxxx9890 |
| 5 | **Purpose of this Account:** | | | |
| 6 | Checking:    ;Savings:    ;Investment/brokerage    ; IRA/Retirement    ; Funds held in trust by debtor's attorney    ; Other (explain) | | | Personal Saving |
| 7 | Beginning Cash Balance | $ | | 20,006.03 |
| 8 | Add: | | | |
| 9 | Transfers in from other Debtor accounts (USAA Checking) | $ | | 5,000.00 |
| 10 | Initial Depoist to Open the Account | | | |
| 11 | USAA Trial Credit | | | |
| 12 | Other receipts deposited to this account: Interest | $ | | 1.03 |
| 13 | **Total Cash Available this month:** | $ | | **25,007.06** |
| 14 | Subtract: | | | |
| 15 | Transfers out to other accounts | $ | | - |
| 16 | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | | | |
| 17 | | | | |
| 18 | **Ending Cash Balance** | $ | | **25,007.06** |
| 19 | **Does this CONTINUATION SHEET include the following supporting documents as required:** | | | yes |
| 20 | A monthly bank Statement | | | bank statement |
| 21 | If applicable, a detailed statement of funds received or disbursed by another party for the debtor | | | |
| 22 | | | | |



Harborstone®
Credit Union

**STEPHEN R BROWN**

Membership Number: ▮1096

| Statement Thru | Page |
|---|---|
| 09/30/22 | 1 of 2 |

**Member Service Telephone Center**

(253) 584-2260 or 1-800-523-3641

Mon - Fri: 8 a.m. - 6 p.m. | Sat: 9 a.m. - 1 p.m.

Fax (253) 589-8048

FREE Online Banking & Bill Pay at **harborstone.com**

24 hours a day, 7 days a week



Step up to smarter saving.

Earn up to 3.10% APY with our Certificate Ladder Special through October 31!

harborstone.com/certificateladder

Stephen R Brown
245 Shorewood Court
Fox Island Wa 98333-9725

## Member Account Summary

| Deposit Accounts | | | | | Total Deposits: $25,007.06 |
|---|---|---|---|---|---|
| Account Type | Account Number | Beginning Balance | (+) Deposits | (-) Withdrawals | (=) Balance |
| Savings | ▮9890 | $20,006.03 | $5,001.03 | $0.00 | $25,007.06 |

# New Preapproval Offers Available!

From auto loans to personal loans, you could have a preapproval waiting! Log in to online banking to find out!

**harborstone.com**

| Savings 4000099890 | Dividend $1.03 | YTD Dividend $1.06 | Deposits $5,001.03 | Withdrawals $0.00 | Balance $25,007.06 |
|---|---|---|---|---|---|

| Date | Transaction Detail | ⊕ Deposits | ⊖ Withdrawals | ⊜ Balance |
|---|---|---|---|---|
| AUG 31 | Previous Balance | | | 20,006.03 |
| SEP 01 | USAA CHK-INTRNT TRANSFER | 5,000.00 | | 25,006.03 |
| | ID: S Brown | | | |
| SEP 30 | Dividend Paid | 1.03 | | 25,007.06 |

Dividend Period: 09/01/2022 to 09/30/2022 | Avg Daily Collected Bal: $25,006.03

*Annual Percentage Yield Earned 0.05%

You have $0.00 in service charges this period

Your combined certificates and savings, checking, and money market accounts are federally insured up to $250,000 by the National Credit Union Administration (NCUA), a U.S. government agency. IRA savings accounts and IRA certificates are federally insured up to an additional $250,000 by the NCUA. Consumer savings accounts, certificates, and consumer money market accounts are privately insured up to an additional $100,000 by Excess Share Insurance (ESI), for a combined total of $350,000. Promotional accounts are excluded from ESI.

Case 22-40997-BDL    Doc 47-1    Filed 10/18/22    Ent. 10/18/22 15:43:44    Pg. 2 of 20

**In Case of Error or Inquiries About Your Loan Account Statement**
Send your inquiry in writing so that the credit union receives it within sixty (60) days after this statement was mailed to you.

Your written inquiry must include:
1. Your name and account number.
2. A description of the error and why (to the extent you can explain) you believe it is an error.
3. The dollar amount of the suspected error.

**Write us at:** Harborstone Credit Union
P.O. Box 4207
Tacoma, WA 98438-0207

If you have authorized your credit union to automatically make your payments from your savings account, you can stop or reverse payment on any amount you think is wrong by mailing your notice so that the credit union receives it within sixteen (16) days after the statement was sent to you.

You remain obligated to pay the portion of your statement not in dispute, but you do not have to pay any amount in dispute during the time the credit union is resolving the dispute. During that same time, the credit union may not take any action to collect disputed amounts or report disputed amounts as delinquent. This is a summary of your rights.

**The following conditions apply to a loan on this account:**
1. The credit union has no financial ties with or right of recourse against a seller in event of default.
2. Property insurance, if written in connection with the loan, will be obtained by the borrower through a person of his/her choice.
3. No penalty will be assessed for paying ahead of schedule.
4. Late charges will be assessed according to the terms of the loan contract if payments are fifteen (15) days or more past due.
5. The FINANCE CHARGE on adjustable rate mortgages (ARMs) and on fixed-rate first mortgages is computed on a monthly amortized schedule.
6. Any FINANCE CHARGE is determined by applying the periodic rate to the daily balance. To get the daily balance, we take the beginning balance of your credit line account each day (exclusive of any unpaid FINANCE CHARGES), add any new advances, and subtract any payments or credits.

**Electronic Funds Transfer (EFT) Error-Resolution Notice to Consumer Accounts**
In case of errors or questions about your electronic funds transfer, call us at (253) 584-2260 or toll-free at 1-800-523-3641.
Or write us at:
Harborstone Credit Union
P.O. Box 4207
Tacoma, WA 98438-0207

If you think your statement is wrong, or if you need more information about a transfer on the statement, contact the credit union no later than sixty (60) days after receipt of the first statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error of the transfer you are unsure about and clearly explain why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

| Outstanding Items | |
|---|---|
| ITEM NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL:** | |

Balance shown on this statement $

**ADD**
Any deposits not credited in this statement | + |

**TOTAL** $

**SUBTRACT**
Any outstanding items | - |

**BALANCE** $
Your register should show this balance.




Your combined certificates and savings, checking, and money market accounts are federally insured up to $250,000 by the National Credit Union Administration (NCUA), a U.S. government agency. IRA savings accounts and IRA certificates are federally insured up to an additional $250,000 by the NCUA. Consumer savings accounts, certificates, and consumer money market accounts are privately insured up to an additional $100,000 by Excess Share Insurance (ESI), for a combined total of $350,000. Promotional accounts are excluded from ESI.



| | A | B | C | D |
|---|---|---|---|---|
| 1 | **UST - 23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL** | | | |
| 2 | Instructions: Prepare a continuation sheet for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below. | | | |
| 3 | **Depository (bank) name** | | | USAA Federal Savings Bank |
| 4 | **Account Number** | | | xxxx7197 |
| 5 | **Purpose of this Account:** | | | |
| 6 | Checking:   ;Savings:   ;Investment/brokerage   ; IRA/Retirement   ; Funds held in trust by debtor's attorney   ; Other (explain) | | | Personal Checking |
| 7 | Beginning Cash Balance | $ | | 241,560.22 |
| 8 | Add: | | | |
| 9 | Transfers in from other Debtor accounts: | | | |
| 10 | Transfers in from a 3rd party | $ | | 1,006.00 |
| 11 | VA Disablity ($3,332.06) and VA Retirement ($4,539.58) | $ | | 7,871.64 |
| 12 | Other receipts deposited to this account: Interest | $ | | 2.13 |
| 13 | **Total Cash Available this month:** | $ | | **250,439.99** |
| 14 | Subtract: | | | |
| 15 | Transfers out to other accounts: | $ | | 5,000.00 |
| 16 | Disbursements from this account (all checks written for the month plus cash withdrawals, if any) | $ | | 3,224.46 |
| 17 | | | | |
| 18 | **Ending Cash Balance** | $ | | **242,215.53** |
| 19 | **Does this CONTINUATION SHEET include the following supporting documents as required:** | | | yes |
| 20 | A monthly bank Statement | | | bank statement |
| 21 | If applicable, a detailed statement of funds received or disbursed by another party for the debtor | | | |
| 22 | | | | |



USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0544



# USAA CLASSIC CHECKING

STEPHEN R BROWN
245 SHOREWOOD CT
FOX ISLAND WA  98333-9725

## Activity Summary

| | |
|---|---:|
| **Beginning Balance** | **$260,567.45** |
| 9 Deposits/Credits | $13,968.41 |
| 53 Withdrawals/Debits | $33,103.91 |
| Service Charges and ATM Service Fee | $0.00 |
| **Ending Balance** | **$241,431.95** |

| Fees | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft (OD) Fees | N/A | N/A |
| Total Non-Sufficient Funds (NSF) Fees | $0.00 | $0.00 |

Note: Fee reversals/refunds will not be reflected in this table. They will be listed in the transaction section below.

Note: Transactions occurring on the first day and last day of the statement cycle are included in this statement.

## Transactions

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| 08/10 | **Beginning Balance** | | | **$260,567.45** |
| 08/10 | CHECK # 1122 | $5,000.00 | | $255,567.45 |
| 08/11 | CLOSING TRANSFER CREDIT | | $27.29 | $255,594.74 |
| 08/11 | CLOSING TRANSFER CREDIT | | $366.43 | $255,961.17 |
| 08/11 | CLOSING TRANSFER CREDIT | | $2,340.24 | $258,301.41 |

*continued on next page>>>*

133293-0121

FDIC
INSURED

## Transactions *(continued)*

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 08/11 | ACH WITHDRAWAL 081122<br>CITI AUTOPAY PAYMENT<br>***********1446 | $56.88 | | $258,244.53 |
| 08/12 | DEBIT CARD PURCHASE 081122 5812081122<br>YELLA BEAK SALOON ENUMCLAW WA | $28.95 | | $258,215.58 |
| 08/15 | DEBIT CARD PURCHASE 081222 4899081222<br>COMCAST BELLINGHAM 800-266-2278 WA | $166.14 | | $258,049.44 |
| 08/16 | USAA CREDIT<br>Zelle: Jacob Brown<br>4145115791 | | $44.20 | $258,093.64 |
| 08/16 | POS DEBIT 081522 5542081522<br>ROSEDALE MARKET8111 88TH GIG HARBOR WA | $21.78 | | $258,071.86 |
| 08/16 | POS DEBIT 081622 5411081622<br>FRED MEYE FRED MEYER 6 GIG HARBOR WA | $25.04 | | $258,046.82 |
| 08/16 | DEBIT CARD PURCHASE 081522 5812081522<br>WHISKEY GULCH COFFEE P 360-4432922 WA | $39.75 | | $258,007.07 |
| 08/17 | DEBIT CARD PURCHASE 081622 5813081622<br>SQ *ZOGS FOX ISLAND WA | $7.91 | | $257,999.16 |
| 08/17 | DEBIT CARD PURCHASE 081622 5814081622<br>PANERA BREAD #202259 P GIG HARBOR WA | $9.77 | | $257,989.39 |
| 08/17 | DEBIT CARD PURCHASE 081622 5813081622<br>SQ *ZOGS FOX ISLAND WA | $15.48 | | $257,973.91 |
| 08/18 | DEBIT CARD PURCHASE 081722 6300081722<br>PROGRESSIVE *INSURANCE 800-776-4737 OH | $93.00 | | $257,880.91 |
| 08/19 | POS DEBIT 081822 5013081822<br>SOUTH BOU 1200 CHARLES BREMERTON WA | $18.66 | | $257,862.25 |
| 08/22 | POS DEBIT 082022 5533082022<br>O'REILLY AUTO PARTS 2538 GIG HARBOR WA | $12.72 | | $257,849.53 |
| 08/22 | DEBIT CARD PURCHASE 081922 5812081922<br>CHARLIES CAFE ENUMCLAW WA | $23.89 | | $257,825.64 |
| 08/22 | DEBIT CARD PURCHASE 082122 5812082122<br>NISQUALLY BAR & GRILL OLYMPIA WA | $26.42 | | $257,799.22 |
| 08/22 | POS DEBIT 082122 5542082122<br>FRED MEYER FUEL 5504 POINGIG HARBOR WA | $121.43 | | $257,677.79 |
| 08/22 | ACH WITHDRAWAL 082222<br>CMS MEDICARE PREMIUMS<br>***********0000 | $442.30 | | $257,235.49 |
| 08/23 | POS DEBIT 082222 5542082222<br>FRED MEYER FUEL 5504 POINGIG HARBOR WA | $78.94 | | $257,156.55 |
| 08/25 | POS DEBIT 082422 5411082422<br>FRED MEYER 0691 FRED MEYEGIG HARBOR WA | $8.99 | | $257,147.56 |

*continued on next page>>>*

133293-0121

**FDIC**
INSURED

## Transactions (continued)

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 08/25 | POS DEBIT 082522 5300082522<br>COSTCO WHSE #0624 GIG HARBOR WA | $278.58 | | $256,868.98 |
| 08/26 | DEPOSIT@MOBILE | | $2,511.48 | $259,380.46 |
| 08/26 | DEBIT CARD ADVANCE<br>082522 6010082522<br>HARBORSTONE CREDIT UNION GIG HARBOR WA | $10.00 | | $259,370.46 |
| 08/29 | USAA FUNDS TRANSFER DB<br>TO Stephen Brown<br>SAVINGS #9890, CONF# 4169392567 | $1.00 | | $259,369.46 |
| 08/29 | DEBIT CARD PURCHASE 082722 5942082722<br>AMZN Mktp US*WE1BG40F3 AMZN.COM/BILLWA | $7.74 | | $259,361.72 |
| 08/29 | DEBIT CARD PURCHASE 082722 5942082722<br>AMZN Mktp US*1V85W90R1 AMZN.COM/BILLWA | $10.75 | | $259,350.97 |
| 08/29 | DEBIT CARD PURCHASE 082922 5968082922<br>Amazon Prime*MK8D557L3 AMZN.COM/BILLWA | $16.19 | | $259,334.78 |
| 08/29 | DEBIT CARD PURCHASE 082722 4814082722<br>VZWRLSS*APOCC VISW 800-922-0204 FL | $184.80 | | $259,149.98 |
| 08/29 | WIRE OUT<br>001220829395526 | $20,000.00 | | $239,149.98 |
| 08/29 | WIRE FEE<br>0012208293955 | $20.00 | | $239,129.98 |
| 08/30 | DEBIT CARD PURCHASE 082822 7999082822<br>CRYSTAL MOUNTAIN 833-2797895 WA | $10.64 | | $239,119.34 |
| 08/30 | DEBIT CARD PURCHASE 082922 5942082922<br>Amazon.com*FB7CQ2OL3 AMZN.COM/BILLWA | $15.10 | | $239,104.24 |
| 08/30 | DEBIT CARD PURCHASE 082822 5812082822<br>CAPTAIN JACKS BAR & GR SUMNER WA | $32.07 | | $239,072.17 |
| 08/30 | DEBIT CARD PURCHASE 082722 5571082722<br>REVZILLA MOTORSPORTS 877-792-9455 PA | $38.74 | | $239,033.43 |
| 08/31 | ACH DEP 090122<br>VACP TREAS 310 XXVA BENEF<br>***********3600 | | $3,332.06 | $242,365.49 |
| 08/31 | ACH DEP 090122<br>DFAS-CLEVELAND RET NET<br>***********2880 | | $4,539.58 | $246,905.07 |
| 08/31 | DEBIT CARD PURCHASE 083022 5818083022<br>Amazon Music*1V1FY2MM1 888-802-3080 WA | $5.39 | | $246,899.68 |
| 08/31 | POS DEBIT 083122 5411083122<br>FRED MEYE FRED MEYER 6 GIG HARBOR WA | $39.46 | | $246,860.22 |

*continued on next page>>>*

133293-0121



## Transactions *(continued)*

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 08/31 | USAA FUNDS TRANSFER DB<br>TO Stephen Brown<br>SAVINGS #9890, CONF# 4174269987 | $5,000.00 | | $241,860.22 |
| 08/31 | ACH WITHDRAWAL 083122<br>VENMO RECOVERY<br>***********3107 | $300.00 | | $241,560.22 |
| 09/01 | POS DEBIT 090122 5542090122<br>FRED MEYER FUEL 5504 POINGIG HARBOR WA | $15.55 | | $241,544.67 |
| 09/01 | DEBIT CARD PURCHASE 083022 4784083022<br>WSDOT-GOODTOGO ONLINE RENTON WA | $50.00 | | $241,494.67 |
| 09/01 | DEBIT CARD PURCHASE 083122 5812083122<br>BOATHOUSE 19 TACOMA WA | $60.66 | | $241,434.01 |
| 09/02 | DEBIT CARD PURCHASE 090122 5812090122<br>YELLA BEAK SALOON ENUMCLAW WA | $24.98 | | $241,409.03 |
| 09/06 | DEBIT CARD PURCHASE 090422 4111090422<br>WSFERRIES-BREMERTON SEATTLE WA | $6.65 | | $241,402.38 |
| 09/06 | DEBIT CARD PURCHASE 090222 5542090222<br>SAFEWAY FUEL0494 ENUMCLAW WA | $15.34 | | $241,387.04 |
| 09/06 | DEBIT CARD PURCHASE 090422 5542090422<br>CHEVRON 0092106 GIG HARBOR WA | $18.95 | | $241,368.09 |
| 09/06 | DEBIT CARD PURCHASE 090222 7999090222<br>CRYSTAL MOUNTAIN 833-2797895 WA | $29.16 | | $241,338.93 |
| 09/06 | DEBIT CARD PURCHASE 090222 5812090222<br>BLUESPRUCE SALOON PACKWOOD WA | $53.77 | | $241,285.16 |
| 09/06 | DEBIT CARD PURCHASE 090522 4900090522<br>PENINSULA LIGHT COMPAN 253-857-5950 WA | $60.43 | | $241,224.73 |
| 09/06 | DEBIT CARD PURCHASE 090422 5812090422<br>SQ *ALKI PEGASUS SEATTLE WA | $82.14 | | $241,142.59 |
| 09/07 | ACH WITHDRAWAL 090722<br>USAA P&C AUTOPAY<br>***********7977 | $285.47 | | $240,857.12 |
| 09/08 | DEBIT CARD PURCHASE 090722 5942090722<br>AMAZON.COM*1F8QO2ZH0 AMZNAMZN.COM/BILLWA | $5.71 | | $240,851.41 |
| 09/08 | POS DEBIT 090822 5542090822<br>CENEX CHS NORTHWEST32632 BLACK DIAMONDWA | $15.62 | | $240,835.79 |
| 09/08 | POS DEBIT 090822 5542090822<br>FRED MEYER FUEL 5504 POINGIG HARBOR WA | $137.89 | | $240,697.90 |
| 09/09 | ACH DEP 090922<br>LLW PROP TRUST ACH PMT<br>*********** 637 | | $805.00 | $241,502.90 |

*continued on next page>>>*

133293-0121

**FDIC**
INSURED

## Transactions *(continued)*

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/09 | DEBIT CARD PURCHASE 090822 5942090822 AMZN MKTP US*1F0KN1BW1 AMAMZN.COM/BILLWA | $20.50 | | $241,482.40 |
| 09/09 | DEBIT CARD PURCHASE 090822 5812090822 YELLA BEAK SALOON ENUMCLAW WA | $52.58 | | $241,429.82 |
| 09/09 | INTEREST PAID | | $2.13 | $241,431.95 |
| 09/09 | **Ending Balance** | | | **$241,431.95** |

## Interest Paid Information

Your interest paid was calculated using your daily balance for 31 days for an annual percentage yield earned of 0.01%.

*continued on next page>>>*

133293-0121



Case 22-40997-BDL    Doc 47-1    Filed 10/18/22    Ent. 10/18/22 15:43:44    Pg. 9 of 20

## IMPORTANT INFORMATION

The ending balance includes items that have posted to your account. You may have been charged fees if your account did not have enough available funds to pay for an item. Please see the available balance section in the USAA Federal Savings Bank Depository Agreement and Disclosures for details.

You can review and obtain copies of your recent checks at no cost through usaa.com or mobile. Two no fee check photocopies per statement cycle can be obtained by contacting Customer Service.

Please examine this statement at once. If no error is reported in 60 days, this statement will be considered correct. All items credited are subject to verification.

In case of errors or questions about your electronic transfers, telephone us at 210-531-USAA (8722) or 800-531-8722, or write us at USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-0544 or email us through the "Contact Us" link on usaa.com, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

## TERMS AND CONDITIONS

All transactions are subject to the Depository Agreement and Disclosures.

Online: usaa.com          Phone: 210-531-USAA (8722) • 800-531-8722          Mobile: #8722

133293-0121


FDIC INSURED

Case 22-40997-BDL    Doc 47-1    Filed 10/18/22    Ent. 10/18/22 15:43:44    Pg. 10 of 20
Page 6 of 6



USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0544

# USAA CLASSIC CHECKING

for Account Number: ▓▓▓7197
Statement Period: 09/10/2022 to 10/07/2022

STEPHEN R BROWN
245 SHOREWOOD CT
FOX ISLAND WA  98333-9725

## Activity Summary

| | |
|---|---:|
| **Beginning Balance** | **$241,431.95** |
| 6 Deposits/Credits | $8,181.02 |
| 46 Withdrawals/Debits | $3,210.77 |
| Service Charges and ATM Service Fee | $0.00 |
| **Ending Balance** | **$246,402.20** |

| Fees | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft (OD) Fees | N/A | N/A |
| Total Non-Sufficient Funds (NSF) Fees | $0.00 | $0.00 |

Note: Fee reversals/refunds will not be reflected in this table. They will be listed in the transaction section below.

Note: Transactions occurring on the first day and last day of the statement cycle are included in this statement.

## Transactions

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| 09/10 | **Beginning Balance** | | | **$241,431.95** |
| 09/13 | DEBIT CARD PURCHASE 091222 5719091222 EP *MYPILLOW INC 800-3081299 MN | $56.93 | | $241,375.02 |
| 09/15 | POS DEBIT 091522 5411091522 FRED MEYE FRED MEYER 6 GIG HARBOR WA | $90.16 | | $241,284.86 |
| 09/19 | DEBIT CARD PURCHASE 091822 5812091822 BOATHOUSE 19 TACOMA WA | $17.44 | | $241,267.42 |

*continued on next page>>>*

133293-0121


FDIC INSURED

## Transactions *(continued)*

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 09/19 | DEBIT CARD PURCHASE 091722 4784091722 WSDOT-GOODTOGO ONLINE RENTON WA | $50.00 | | $241,217.42 |
| 09/19 | POS DEBIT 091922 5231091922 RODDA PAINT - GIG HARBOR4GIG HARBOR WA | $201.16 | | $241,016.26 |
| 09/20 | POS DEBIT 091922 5411091922 FRED MEYER 0691 FRED MEYEGIG HARBOR WA | $2.99 | | $241,013.27 |
| 09/20 | ACH WITHDRAWAL 092022 CMS MEDICARE PREMIUMS **********0000 | $442.30 | | $240,570.97 |
| 09/21 | DEBIT CARD PURCHASE 092022 5812092022 YOKO'S TERIYAKI BISTRO FEDERAL WAY WA | $16.55 | | $240,554.42 |
| 09/21 | DEBIT CARD PURCHASE 092022 5542092022 CHEVRON 0092106 GIG HARBOR WA | $21.61 | | $240,532.81 |
| 09/21 | DEBIT CARD PURCHASE 092022 5812092022 WHISKEY GULCH COFFEE P 360-4432922 WA | $25.88 | | $240,506.93 |
| 09/22 | DEBIT CARD PURCHASE 092122 5812092122 SQ *TACOMA WIENER C PUYALLUP WA | $2.20 | | $240,504.73 |
| 09/22 | DEBIT CARD PURCHASE 092122 5814092122 PANERA BREAD #202259 P GIG HARBOR WA | $10.27 | | $240,494.46 |
| 09/22 | DEBIT CARD PURCHASE 092122 7996092122 WASHINGTON STATE FAIR PUYALLUP WA | $12.00 | | $240,482.46 |
| 09/22 | DEBIT CARD PURCHASE 092022 5813092022 7 SEAS BREWING GIG HARBOR WA | $16.14 | | $240,466.32 |
| 09/23 | DEBIT CARD PURCHASE 092222 5813092222 CITY HALL SALOON & EATERYENUMCLAW WA | $16.00 | | $240,450.32 |
| 09/23 | DEBIT CARD PURCHASE 092222 5812092222 YELLA BEAK SALOON ENUMCLAW WA | $28.54 | | $240,421.78 |
| 09/23 | DEBIT CARD PURCHASE 092222 4900092222 WCI*MURRYES DISPOSAL 253-414-0345 WA | $56.83 | | $240,364.95 |
| 09/26 | POS DEBIT 092522 5542092522 FRED MEYER FUEL 5504 POINGIG HARBOR WA | $20.39 | | $240,344.56 |
| 09/26 | POS DEBIT 092622 5542092622 FRED MEYER FUEL 5504 POINGIG HARBOR WA | $87.87 | | $240,256.69 |
| 09/26 | DEBIT CARD PURCHASE 092422 5211092422 BUILDERSFIRSTSOURCE64321 GIG HARBOR WA | $221.19 | | $240,035.50 |
| 09/27 | DEBIT CARD PURCHASE 092622 5814092622 STARBUCKS STORE 26032 LAKEWOOD WA | $8.36 | | $240,027.14 |
| 09/27 | DEBIT CARD PURCHASE 092622 9399092622 PIERCE COUNTY AUDITOR TACOMA WA | $19.00 | | $240,008.14 |
| 09/27 | DEBIT CARD PURCHASE 092722 4814092722 VZWRLSS*APOCC VISW 800-922-0204 FL | $184.33 | | $239,823.81 |

*continued on next page>>>*

133293-0121



FDIC
INSURED

### Transactions *(continued)*

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 09/28 | USAA CREDIT<br>Zelle: Skylar Brown<br>4235993831 | | $201.00 | $240,024.81 |
| 09/28 | POS DEBIT 092822 5541092822<br>SHELL SERVICE STATION FOX ISLAND WA | $18.57 | | $240,006.24 |
| 09/28 | DEBIT CARD PURCHASE 092722 8043092722<br>PACIFIC NW EYE ASSOCIATESTACOMA WA | $19.79 | | $239,986.45 |
| 09/28 | POS DEBIT 092822 5411092822<br>FRED MEYE FRED MEYER 6 GIG HARBOR WA | $68.35 | | $239,918.10 |
| 09/29 | ACH DEP 093022<br>VACP TREAS 310 XXVA BENEF<br>***********3600 | | $3,332.06 | $243,250.16 |
| 09/29 | ACH DEP 093022<br>DFAS-CLEVELAND RET NET<br>***********2880 | | $4,539.58 | $247,789.74 |
| 09/29 | DEBIT CARD PURCHASE 092922 5968092922<br>Amazon Prime*149PN4L31 AMZN.COM/BILLWA | $16.19 | | $247,773.55 |
| 09/29 | POS DEBIT 092922 5542092922<br>FRED MEYER FUEL 5504 POINGIG HARBOR WA | $147.13 | | $247,626.42 |
| 09/29 | DEBIT CARD PURCHASE 092822 4812092822<br>VERIZON-VICTRA WA GIG HARBOR WA | $326.92 | | $247,299.50 |
| 09/30 | DEBIT CARD PURCHASE 092922 5818092922<br>Amazon Music*1489Z0CQ2 888-802-3080 WA | $5.39 | | $247,294.11 |
| 09/30 | POS DEBIT 092922 5542092922<br>FRED MEYER FUEL 5504 POINGIG HARBOR WA | $22.13 | | $247,271.98 |
| 09/30 | DEBIT CARD PURCHASE 092922 5812092922<br>YELLA BEAK SALOON ENUMCLAW WA | $27.45 | | $247,244.53 |
| 09/30 | DEBIT CARD PURCHASE 092922 5813092922<br>CITY HALL SALOON & EATERYENUMCLAW WA | $29.00 | | $247,215.53 |
| 10/03 | DEBIT CARD PURCHASE 093022 7299093022<br>OYSTERFEST SHELTON WA | $8.00 | | $247,207.53 |
| 10/03 | DEBIT CARD PURCHASE 093022 4784093022<br>WSDOT-GOODTOGO ONLINE RENTON WA | $50.00 | | $247,157.53 |
| 10/03 | POS DEBIT 100122 5533100122<br>O'REILLY AUTO PARTS 3718 SHELTON WA | $88.12 | | $247,069.41 |
| 10/03 | DEBIT CARD PURCHASE 100122 8699100122<br>AIRCRAFT OWNERS AND PILOT800-8722672 MD | $89.00 | | $246,980.41 |
| 10/03 | DEBIT CARD PURCHASE 100222 4899100222<br>COMCAST CABLE COMM 800-COMCAST WA | $166.14 | | $246,814.27 |
| 10/04 | DEBIT CARD REFUND 100422 5411100422<br>WILCO FARM STORE GIG HARBOR WA | | $74.36 | $246,888.63 |

*continued on next page>>>*

133293-0121



## Transactions *(continued)*

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 10/04 | POS DEBIT 100422 5541100422 UNITED PACIFIC 3 TACOMA WA | $2.19 | | $246,886.44 |
| 10/04 | DEBIT CARD PURCHASE 100322 4900100322 PENINSULA LIGHT COMPAN 253-857-5950 WA | $64.13 | | $246,822.31 |
| 10/04 | POS DEBIT 100322 5411100322 WILCO FARM STORE3408 HUNTGIG HARBOR WA | $74.36 | | $246,747.95 |
| 10/05 | DEBIT CARD PURCHASE 100422 5735100422 APPLE.COM/BILL 408-974-1010 CA | $2.99 | | $246,744.96 |
| 10/06 | POS DEBIT 100622 5542100622 CENEX CHS NORTHWEST32632 BLACK DIAMONDWA | $22.11 | | $246,722.85 |
| 10/06 | ACH WITHDRAWAL 100622 USAA P&C AUTOPAY **********7977 | $312.67 | | $246,410.18 |
| 10/07 | DEBIT CARD REFUND 100622 5719100622 EP *MYPILLOW INC 800-3081299 MN | | $32.16 | $246,442.34 |
| 10/07 | DEBIT CARD PURCHASE 100622 5812100622 YELLA BEAK SALOON ENUMCLAW WA | $14.50 | | $246,427.84 |
| 10/07 | DEBIT CARD PURCHASE 100622 5812100622 YELLA BEAK SALOON ENUMCLAW WA | $27.50 | | $246,400.34 |
| 10/07 | INTEREST PAID | | $1.86 | $246,402.20 |
| 10/07 | **Ending Balance** | | | **$246,402.20** |

## Interest Paid Information
Your interest paid was calculated using your daily balance for 28 days for an annual percentage yield earned of 0.01%.

*continued on next page>>>*

133293-0121



Case 22-40997-BDL    Doc 47-1    Filed 10/18/22    Ent. 10/18/22 15:43:44    Pg. 14 of 20

## IMPORTANT INFORMATION

The ending balance includes items that have posted to your account. You may have been charged fees if your account did not have enough available funds to pay for an item. Please see the available balance section in the USAA Federal Savings Bank Depository Agreement and Disclosures for details.

You can review and obtain copies of your recent checks at no cost through usaa.com or mobile. Two no fee check photocopies per statement cycle can be obtained by contacting Customer Service.

Please examine this statement at once. If no error is reported in 60 days, this statement will be considered correct. All items credited are subject to verification.

In case of errors or questions about your electronic transfers, telephone us at 210-531-USAA (8722) or 800-531-8722, or write us at USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-0544 or email us through the "Contact Us" link on usaa.com, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

## TERMS AND CONDITIONS

All transactions are subject to the Depository Agreement and Disclosures.

Online: usaa.com          Phone: 210-531-USAA (8722) • 800-531-8722          Mobile: #8722

133293-0121



Page 5 of 5

|  | A | B | C | D |
|---|---|---|---|---|
| 1 | **UST - 23 CONTINUATION SHEET, FINANCIAL ACCOUNT DETAIL** | | | |
| 2 | Instructions: Prepare a continuation sheet for each financial or brokerage account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below. | | | |
| 3 | **Depository (bank) name** | | | US Bank |
| 4 | **Account Number** | | | Client Trust Account |
| 5 | **Purpose of this Account:** | | | |
| 6 | Checking:  ;Savings:  ;Investment/brokerage  ; IRA/Retirement  ; Funds held in trust by debtor's attorney  ; Other (explain) | | | Turst Account |
| 7 | Beginning Cash Balance | $ | | 494,018.70 |
| 8 | Add: | | | |
| 9 | Transfers in from other Debtor accounts: Refund to Debtor | $ | | 623.00 |
| 10 | | | | |
| 11 | | $ | | - |
| 12 | Other receipts deposited to this account: Interest | $ | | 4.06 |
| 13 | **Total Cash Available this month:** | $ | | **494,645.76** |
| 14 | Subtract: | | | |
| 15 | Transfers out to other accounts | $ | | - |
| 16 | Disbursements from this account: Prepetition fees and costs. | | | |
| 17 | Adjustments: IOLTA Net income payable | $ | | (4.06) |
| 18 | **Ending Cash Balance** | $ | | **494,641.70** |
| 19 | **Does this CONTINUATION SHEET include the following supporting documents as required:** | | | yes |
| 20 | A monthly bank Statement (or attorney's trust account statement) | | | attorney's trust account statement |
| 21 | If applicable, a detailed statement of funds received or disbursed by another party for the debtor | | | |
| 22 | | | | |

 **bank**®

**Business Statement**

Account Number:
███████████7109
Statement Period:
Sep 1, 2022
through
Sep 30, 2022

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3486    IMG    S    Y    ST01



ᵪᵢᵢ|ᵢᵢᵢᵢ||·|ᵢ||·ᵢᵢ|ᵢᵢᵢᵢᵢᵢᵢᵢ|·ᵢ|ᵢ|ᵢᵢᵢᵢᵢᵢᵢᵢᵢ||ᵢᵢᵢ||·|ᵢᵢ|·|
000028028 01  AV  0.455  000638328711683 P  Y
LAW OFFICE OF MARK MCCLURE PS
LAWYERS TRUST ACCOUNT (IOLTA)
1103 W MEEKER ST STE 101
KENT WA  98032-5714

☎                                 *To Contact U.S. Bank*

**24-Hour Business**
**Solutions:**                              *800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**                                  *usbank.com*

## NEWS FOR YOU

The new business apps page within online banking allows you to manage multiple aspects of your business in one place, securely. To access the business apps page, log into online banking using your business profile at usbank.com/mybusiness.

## INFORMATION YOU SHOULD KNOW

Effective November 14, 2022, the *Your Deposit Account Agreement* document will include update(s) and may affect your rights.

**Primary updates in your revised *Your Deposit Account Agreement* document for all accounts:**

- Updates to **Deposits** section, **Foreign Currency** sub section: Added language to include foreign currency notes and foreign currency note processing.

- Updates to **Insufficient Funds and Overdrafts** section, **Insufficient Funds** sub section, **Our Fees** sub section: Removed Extended Overdraft Fee language for consumer accounts.

- Updates to **Levies, Garnishments and Other Legal Process** section: Unnecessary and unutilized language removed for simplicity of the agreement.

- Updates to **Resolution of Disputes by Arbitration** section: Added language to include claims related to use of any digital services made available through our website, online banking platforms and mobile apps.

**Primary updates in your revised *Your Deposit Account Agreement* for business accounts:**

- Updates to **Electronic Banking Agreement for Business Customers** section:

  - **Limits on Transfers** section, **Security** sub section: Added money transfer for clarification on the transaction limit for sending money through a U.S. Bank Debit Card.

  - **Limits on Transfers** section, **Purchases at Merchants** sub section: Added money transfers using your card through a third party.

Beginning November 14, 2022, a copy of the *Your Deposit Account Agreement* document will be available online at **usbank.com**, by calling 800-673-3555 or at your local U.S. Bank branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

## LAWYERS TRUST                                                        *Member FDIC*

U.S. Bank National Association

Account Number ███████████7109

### Account Summary

|                                  | # Items |    |           |
|----------------------------------|---------|----|-----------|
| Beginning Balance on Sep 1       |         | $  | 494,018.70 |
| Other Deposits                   | 2       |    | 627.06    |
| Other Withdrawals                | 1       |    | 4.06-     |
| **Ending Balance on Sep 30, 2022** |       | **$** | **494,641.70** |

| Interest Paid this Year          | $ | 4.87 |
|----------------------------------|---|------|
| Number of Days in Statement Period |  | 30 |

### Other Deposits

| Date | Description of Transaction |  | Ref Number | Amount |
|------|----------------------------|--|------------|--------|
| Sep  1 | Internet Banking Transfer | From Account ██████6017 | $ | 623.00 |



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find a Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER

Member FDIC

 **usbank.**

LAW OFFICE OF MARK MCCLURE PS
LAWYERS TRUST ACCOUNT (IOLTA)
1103 W MEEKER ST STE 101
KENT WA 98032-5714

**Business Statement**

Account Number:

███████ 7109

Statement Period:

Sep 1, 2022

through

Sep 30, 2022

Page 2 of 2





## LAWYERS TRUST                                                    (CONTINUED)

U.S. Bank National Association                                    **Account Number** ████████ **7109**

### Other Deposits (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| Sep 30 | Interest Paid | 3000000055 | 4.06 |
| | **Total Other Deposits** | **$** | **627.06** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|-----------|--------|
| Sep 30 | LTAB Net Income Payable | 3000000056 | $ 4.06- |
| | **Total Other Withdrawals** | **$** | **4.06-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|
| Sep 1 | 494,641.70 | Sep 30 | 494,641.70 |

Balances only appear for days reflecting change.



This page intentionally left blank