<span style="color:red">EXHIBIT D</span>

### ESCROW REPORT

Monday, August 22, 2022

Stephen Robert Brown
245 Shorewood Court
Fox Island, Washington  98333

| **Name of Case** | **Attorney** | **Case Date** |
|---|---|---|
| Brown Family Decedents Trust Loan Escrow | Mark C. McClure | Monday, August 8, 202 |

| **Date** | **Description** | **Date Total** |
|---|---|---|
| 09-Aug-22 | Deposit to Escrow<br>Deposit made from Brown Family Trust | $100,000.00 |
| 09-Aug-22 | Deposit to Escrow<br>Deposit from Brown Family Trust | $600,000.00 |
| 11-Aug-22 | Withdrawal from Escrow<br>Move to Stephen's  Ch 11 case - Loan Proceeds. | ($500,000.00) |
| 16-Aug-22 | Withdrawal from Escrow<br>Refund to Brown Family Decedents Trust | ($200,000.00) |
|  |  **Balance:** | **$0.00** |