Hon. Brian D. Lynch
In Proceedings Under
Chapter 11
Hearing Date: October 26, 2022
Time: 11:00 AM
Response Date: October 19, 2022
Location: 700 Stewart St, Seattle, WA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>Stephen Robert Brown,<br>                Debtor(s), | Chapter 11 Case No: 22-40997 BDL<br><br>PROOF OF SERVICE OF CHAM JOE RO AND IN KOOK RO 2021 TAX RETURN |

MARK MCCLURE declares:

1. I am a citizen of the United States, over age 18, and competent to make this Declaration.

2. On October I served DEBTOR'S REPLY TO US TRUSTEE'S LIMITED OBJECTION with supporting Declarations following parties:

Matt Iwama on behalf of Debtor Stephen Robert Brown
matt@mcclurelawgroup.com, ian@mcclurelawgroup.com

Matthew J.P. Johnson on behalf of US Trustee United States Trustee
matthew.j.johnson@usdoj.gov, Young-Mi.Petteys@usdoj.gov;Martha.A.VanDraanen@usdoj.gov

PROOF OF SERVICE -- 1

z:\legal ii\2022\bankruptcy\brown, steve robert\motions\employment application - noted\objection (limited) of ust\reply\word docs\proof of service.doc

Law Office of Mark McClure, P.S.
1103 West Meeker Street, Ste 101
Kent, WA 98032
(253) 631-6484

Melissa E. Sevier on behalf of Interested Party Courtesy NEF
mesevier@bvmm.com

United States Trustee
USTPRegion18.SE.ECF@usdoj.gov

Brian J Waid on behalf of Interested Party Courtesy NEF
bjwaid@waidlawoffice.com, jcreager@waidlawoffice.com

Brett L Wittner on behalf of Creditor Lisah S. Moegling
BLWittner@bvmm.com, jrodom@bvmm.com

DATED: October 21, 2022

/s/ Mark McClure
Mark C. McClure, WSBA # 24393
Attorney for Debtor(s)

PROOF OF SERVICE -- 2

z:\legal ii\2022\bankruptcy\brown, steve robert\motions\employment application
- noted\objection (limited) of ust\reply\word docs\proof of service.doc

Law Office of Mark McClure, P.S.
1103 West Meeker Street, Ste 101
Kent, WA 98032
(253) 631-6484