Honorable Brian D. Lynch
Chapter 11 Proceeding

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

STEPHEN ROBERT BROWN,

Debtor.

NO. 22-40997-BDL

PROOF OF SERVICE OF OBJECTION TO EXEMPTIONS

I, Jennifer Odom, declare under penalty of perjury under the laws of the State of Washington that on the 20th day of October, 2022, a copy of Objection to Debtor's Objections filed by creditor Lisah Moegling was forwarded to the following parties via ECF:

Masafumi Iwama matt@iwamalaw.com, beth@iwamalaw.com;atty_iwama@bluestylus.com;reception@iwamalaw.com;iwamamr84234@notify.bestcase.com

Matt Iwama matt@mcclurelawgroup.com, ian@mcclurelawgroup.com

Matthew J.P. Johnson matthew.j.johnson@usdoj.gov, Young-Mi.Petteys@usdoj.gov;Martha.A.VanDraanen@usdoj.gov

Mark Charles McClure mark@mcclurelawgroup.com, ivegotnotice@outlook.com;LawOfficeofMarkMcClurePS@jubileebk.net;maria@mcclurelawgroup.com;atty_iwama@bluestylus.com;kimberly@mcclurelawgroup.com;matt@mcclurelawgroup.com;ian@mcclurelawgroup.com

Melissa E. Sevier mesevier@bvmm.com

United States Trustee USTPRegion18.SE.ECF@usdoj.gov

Brian J Waid bjwaid@waidlawoffice.com, jcreager@waidlawoffice.com

PROOF OF SERVICE OF OBJECTION TO EXEMPTIONS -1-

MORTON McGOLDRICK ps
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

On October 21, 2022, a copy of the same document was forwarded to the following party via First Class US Mail, postage prepaid:

Stephen Robert Brown
245 Shorewood Ct
Fox Island, WA 98333

Dated this 21st day of October, 2022.

/s/ Jennifer Odom
Jennifer Odom

PROOF OF SERVICE OF OBJECTION TO EXEMPTIONS   -2-

MORTON McGOLDRICK ps
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338